UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

Shaquille Prince,
Plaintiff,

v.

Sgt. Michienzi #357 , Romeoville PD
Detective Dorris, Romeoville PD
Unknown Officer, Romeoville PD
Village of Romeoville,
Dispatcher Karen, Romeoville PD
Unknown Sgt #1 Romeoville PD
Unknown Sgt #2 Romeoville PD
Officer Garcia, Romeoville PD
Defendants.

Case 1:19-cv-07265
Judge Robert W. Gettleman
Magistrate Judge Jeffrey T. Gilbert
PC 3

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. CODE

1.  Plaintiff: Shaquille Prince    Current Address: 95 S. Chicago St. Joliet, Illinois 60432

2.  Defendants: (1) Sgt. Michienzi #357 of the Romeoville, Illinois Police Department

    (2) Detective Dorris of the Romeoville, Illinois Police Department

    (3) Unknown Officer of the Romeoville, Illinois Police Department

    (4) The Village of Romeoville

    (5) Dispatcher "Karen" of the Romeoville., Illinois Police Department

    (6) Sgt. Unknown #1 of the Romeoville, Illinois Police Department

    (7) Sgt. Unknown #2 of the Romeoville, Illinois Police Department

    (8) Officer Garcia of the Romeoville, Illinois Police Department

    I have not filed any lawsuits before and an inmate made this for me.

### CLAIM

On December 21, 2018, I went to the Romeoville Police Department to file a complaint regarding excessive force, assault, false arrest, and police misconduct, pursue criminal charges, and pick up a FOIA including video of myself being choked while handcuffed in the back of a police vehicle in front of my house by Officer Garcia after accusing me of Felony Burglary and Felony Resisting in my own home. On December 21, 2018, I went to the Romeoville PD and explained all of this to Sgt. Michienzi (badge number #357) and he refused to take the complaint, and tried to persuade me not to file the complaint, stating that he knew the officers and that I should try and work it out with them. I had gone to the Romeoville PD multiple times to try and file complaints and was denied each time. On December 21, 2018 because I tried to file a complaint, before I could leave the Romeoville PD,

Sgt.Michienzi conspired with Unknown Officer by radioing him and meeting with him outside of the police station, following me out of the doors as I left and demanded that I come back into the station and threatened me with violence if I didn't. I recorded the situation and asked if I was free to go or under arrest. He told me I was free to go, and I proceeded to leave. Then shortly after, Sgt.Michienzi illegally arrested, assaulted, illegally searched, robbed me at gunpoint of my phones that I recorded him on telling me that I am free to go, and then marked them as lost in his police report, threatened to shoot me, got rid of my FOIA, and brought false charges against me in an effort to pressure me not to pursue any further action. Malicious prosecution, assault, due process violation, conspiracy, violation of the fourth amendment.

The Romeoville PD, as a matter of policy, encourages it's officers and employees to engage in misconduct by using excessive force, conspiring to hide that excessive force, preventing and suppressing complaints of misconduct, and using criminal prosecution to further punish those who attempt to complain while simultaneously working to insulate officers from formal investigation into their misconduct. Policymakers for the Village of Romeoville know of, and have ratified these unlawful policies. The Village of Romeoville failed to adequately train their officers.

I have been incarcerated at the Will County Adult Detention Facility for 140 days and counting as a result of Sgt.Michienzi's lies and misconduct.

On December 21, 2018 Detective Dorris of the Romeoville PD, failed to stop the excessive force that he witnessed during my arrest, and conspired with Sgt. Michienzi to falsify police reports.

On December 21, 2018 Dispatcher Karen of the Romeoville PD relayed inaccurate information to the Romeoville PD and instructed them to arrest me.

On December 21, 2018 Sgt. Unknown #1 of the Romeoville PD refused to allow me to file a complaint regarding this incident.

On December 21, 2018 Sgt. Unknown #1 and 2 of the Romeoville PD knew of the false charges and conspired with Sgt. Michienzi to initiate the false charges.

## PRAYER

Plaintiff demands judgment against the defendants:

A. For compensatory damage as determined by the trier of fact to adequately compensate the plaintiff for the injuries described in this complaint;

B. For punitive and exemplary damages as determined by the trier of fact to punish each defendant against which they are awarded and to deter future similar conduct by that defendant;

C. For Plaintiff's costs and disbursements of this action;

D. For Plaintiff's attorney's fees incurred in prosecuting this action pursuant to 42 U.S.C. 1988 and

E. For all other relief that is proper

**Jury Trial Demanded**