Shaquille Prince
W.C.A.D.F.
95 S. Chicago St.
Joliet, IL 60432

FILED
NOV 04 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

2019 NOV -4 AM 8:54

Clerk of the Court
United States District Court
219 S. Dearborn St. Chicago, Illinois 60604


11/04/2019-1

1:19-cv-07265
Judge Robert W. Gettleman
Magistrate Judge Jeffrey T. Gilbert
PC 3

LEGAL MAIL



LEGAL MAIL



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016