UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHAQUILLE PRINCE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-7265 |
| | ) | |
| vs. | ) | |
| | ) | Judge Robert Gettleman |
| SGT. MICHIENZI #357, et al., | ) | Magistrate Judge Jeffrey Gilbert |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## JOINT STATUS REPORT

A.  The joint status report is being submitted to the Court in advance of the initial status hearing on August 10, 2020.

B.  Attorneys:

   a.  Plaintiffs:

   Rachael George Pontikes
   David Trowbridge Hartmann
   Kelly Jordan Kearney
   Reed Smith, LLP
   10 South Wacker Drive
   Chicago, IL 60606
   (312) 207-2857

   b.  Defendants:

   Michael D. Bersani
   David Mathues
   Hervas, Condon & Bersani, P.C.
   333 Pierce Road, Suite 195
   Itasca, IL  60143
   (630) 860-4343

C.  Basis of Federal Jurisdiction

   a.  This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because this case involves a federal question under 42 U.S.C. § 1983 and the Fourth Amendment to the U.S. Constitution.  Jurisdiction is not disputed.

      b.      Venue is proper under 28 U.S.C. §1391(b).

D.      Plaintiff has requested a trial by jury.

E.      This Court conducted a merit review of the plaintiff's *pro se* complaint pursuant to the Prisoner Litigation Reform Act and found that plaintiff could proceed against Defendants Sgt. Michael Michienzi and "Detective Dorris" on claims for excessive force, unlawful arrest and search, and failure to intervene. The court dismissed all remaining Defendants and claims. This Court recruited appointed counsel for plaintiff.

F.      Plaintiff filed an amended complaint against Sergeant Michael Michienzi #357, Detective Tom Dorsey, and the Village of Romeoville. Detective Dorsey was mistakenly named in the original complaint as "Detective Dorris."

G.      Relief Sought by Plaintiff: Plaintiff seeks compensatory and punitive damages, costs, and attorneys' fees.

H.      All defendants have been served or have waived service pursuant to Rule 4, and their counsel filed an appearance. Per an earlier order of this Court, Defendants' responsive pleading is due July 31, and Defendants will be filing their Answer and Affirmative Defenses on time.

I.      The principal legal issues are whether Defendants violated Plaintiff's Fourth Amendment right to be free from unreasonable search and seizure and excessive force, and whether there was a failure to intervene in the alleged constitutional violations.

J.      The principal factual issues are whether probable cause existed to arrest plaintiff on an outstanding arrest warrant and for resisting arrest; whether probable cause existed to search plaintiff incident to the arrest; whether reasonable force was used to effect the arrest, whether other officers had a reasonable and realistic opportunity to intervene in the alleged violations, the nature and extent of Plaintiff's damages, if any, and; more broadly, the conduct and motivations of the parties on the date of the incident.

K.      A brief description of all motions and anticipated motions:

      a.      In light of COVID-19 shelter-in-place restrictions, Plaintiff's counsel has remained in contact with Plaintiff and Lieutenant Carolyn Parnow of the DeKalb County Jail.

      b.      Since the initial status report, Plaintiff's counsel has conducted multiple interviews over the phone with Plaintiff. Before filing the First Amended Complaint, Plaintiff's Counsel recited the First Amended Complaint word for word over the phone to Plaintiff, who confirmed the accuracy of each and every one of the facts alleged. The First Amended Complaint was timely filed on June 30, 2020.

      c.      Defendants have until July 31, 2020, to respond to the First Amended Complaint.

       d. The parties have engaged in a conference regarding, among other topics, the preservation of all Facebook Live, social media, video, text, or phone evidence of the incident at issue within the custody and control of Plaintiff.

       e. The parties anticipate filing agreed confidentiality and HIPAA orders.

       f. Depending on the size and scope of Plaintiff's discovery requests, Defendants may move to bifurcate Plaintiff's *Monell* claim against the Village from his claims against the individual officers.

L. Proposed discovery plan:

       a. The parties' initial disclosures pursuant to FRCP 26(a)(1) shall be served by August 31, 2020.

       b. Fact discovery shall be completed by January 29, 2021.

       c. Plaintiffs shall disclose their experts and expert reports pursuant to FRCP 26(a)(2) within 30 days after the close of fact discovery and shall produce experts for deposition 30 days after their disclosure. Defendants shall disclose their experts and expert reports pursuant to FRCP 26(a)(2) within 60 days after Plaintiffs' disclosures are due and shall produce their experts 30 days after their disclosure.

       d. Defendants propose that dispositive motions be filed on or after 45 days after the deadline for completion of expert discovery.

       e. While the parties will do their best to meet this discovery schedule, the parties note that the ongoing COVID epidemic and the uncertainty of the public health situation may delay discovery to the point that an extension of discovery is required.

M. The earliest date the parties would be ready for trial is October of 2021. The probable length of trial is 2-3 days.

N. The parties have not had any settlement discussions.

O. The parties do not consent to a magistrate judge.

Due to the COVID General Order, as amended, the initial status conference has been set for August 10, 2020, via telephone.

Dated: July 30, 2020

RESPECTFULLY SUBMITTED:

| | |
|---|---|
| **s/ Kelly Jordan Kearney** | **s/ Michael D. Bersani** |
| Rachael George Pontikes | Michael D. Bersani |
| David Trowbridge Hartmann | David Mathues |
| Kelly Jordan Kearney | *Attorney for Defendant Michael Michienzi* |
| Attorney for Plaintiff | HERVAS, CONDON & BERSANI, P.C. |
| REED SMITH, LLP | 333 Pierce Road, Suite 195 |
| 10 South Wacker Drive | Itasca, Illinois 60143-3156 |
| Chicago, IL 60606 | 630-773-4774 |
| (312) 207-2857 | mbersani@hcbattorneys.com |
| rpontikes@reedsmith.com | dmathues@hcbattorneys.com |
| kkearney@reedsmith.com | |
| dhartmann@reedsmith.com | |