# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHAQUILLE PRINCE, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-7265 |
| ) | |
| vs. ) | |
| ) | Honorable Robert W. Gettleman |
| SGT. MICHIENZI #357, et al., ) | Magistrate Judge Susan E. Cox |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW
## APPEARANCE OF ANDRÉ A. SUTTON

NOW COME the Defendants, MICHAEL MICHIENZI, TOM DORSEY and VILLAGE OF ROMEOVILLE, by and through their attorneys, MICHAEL D. BERSANI and G. DAVID MATHUES of HERVAS, CONDON & BERSANI, P.C., and hereby moves to withdraw the appearance of ANDRÉ A. SUTTON as counsel on their behalf in the present matter.

In support of this motion, the undersigned states:

1. ANDRÉ A. SUTTON is no longer employed by Hervas, Condon & Bersani, P.C., the firm representing the above-named Defendants in this matter.

2. MICHAEL D. BERSANI and G. DAVID MATHUES will remain as counsel for the above-named Defendants.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order permitting the withdrawal of ANDRÉ A. SUTTON's appearance as counsel in this matter.

Respectfully submitted,

**s/ Michael D. Bersani**
MICHAEL D. BERSANI, ARDC No. 06200897
*Attorney for Defendants*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
P: 630-773-4774    F: 630-773-4851
mbersani@hcbattorneys.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHAQUILLE PRINCE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-7265 |
| | ) | |
| vs. | ) | |
| | ) | Honorable Robert W. Gettleman |
| SGT. MICHIENZI #357, et al., | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on **September 18, 2020**, I electronically filed the foregoing *Motion to Withdraw the Appearance of Attorney André A. Sutton* with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system which will send notification to the following CM/ECF participants:

**TO:** Rachael George Pontikes
Rachael George Pontikes
David Trowbridge Hartmann
Kelly J. Kearney
Reed Smith, LLP
10 S. Wacker Dr., 40th Fl.
Chicago, IL 60606
rpontikes@reedsmith.com
dhartmann@reedsmith.com
kkearney@reedsmith.com


                                           **s/ Michael D. Bersani**
                                           MICHAEL D. BERSANI, ARDC No. 06200897
                                           *Attorney for Defendants*
                                           HERVAS, CONDON & BERSANI, P.C.
                                           333 Pierce Road, Suite 195
                                           Itasca, IL 60143-3156
                                           P: 630-773-4774       F: 630-773-4851
                                           mbersani@hcbattorneys.com