**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHAQUILLE PRINCE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-7265 |
| | ) | |
| vs. | ) | Honorable Robert W. Gettleman |
| | ) | |
| SGT. MICHIENZI #357, et al., | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR A**
**CONFIDENTIALITY ORDER AND FOR A HIPAA PROTECTIVE ORDER**

NOW COME Defendants, SERGEANT MICHAEL MICHIENZI, DETECTIVE TOM

DORSEY and the VILLAGE OF ROMEOVILLE, by and through their attorneys, MICHAEL D.

BERSANI and G. DAVID MATHUES of HERVAS, CONDON & BERSANI, P.C., and pursuant

to Fed. R. Civ. P. 26 and this Court's local rules, request that this Honorable Court enter a

Confidentiality Order and a HIPAA Qualified Protective Order in this case. In support of this

motion, Defendants state the following:

1)      This is a federal civil rights case arising out of an encounter between Plaintiff and

various police officers from the Village of Romeoville on December 21, 2018. Plaintiff, represented

by recruited counsel, is bringing claims pursuant to the Fourth and Fourteenth Amendments to the

federal constitution and 42 U.S.C. § 1983, and parallel state law claims. Defendants have filed their

answer and affirmative defenses, and both sides have issued written discovery.

2)      This case has been referred to Magistrate Judge Cox for discovery purposes. (Dkt. #

30, Minute Entry, 05/21/20 (case initially assigned to Magistrate Judge Gilbert, who recuses

himself)); (Dkt. # 31, Executive Committee Order, 05/21/20 (case reassigned to Magistrate Judge

Cox for discovery and settlement conference purposes)).

3)      Plaintiff's allegations will require discovery of personal and confidential information. This information may include, but is not limited to, medical records and health information related to Plaintiff's alleged injuries, personal identifying information, income tax returns, employment information, and Defendant Officers' disciplinary records. Information of this nature is routinely protected by a Confidentiality Order.

4)      Plaintiff's allegations will also require discovery of Plaintiff's physical and mental health. By his allegations, Plaintiff has placed his physical and mental health at issue. The Defendant therefore wishes to conduct relevant discovery related to Plaintiff's physical and mental health, including the issuance of subpoenas to any health care provider.

5)      The treating physicians, hospitals, and other health care providers disclosed in this case are all "covered entities" as defined by 45 C.F.R. § 160.103. HIPAA prohibits covered entities from disclosing protected health information in judicial proceedings other than by authorized or qualified protective order.  See 45 C.F.R. § 164.512(e).

6)      The covered entities are in possession of "protected health information" ("PHI") as defined by 45 C.F.R. §§ 160.103 and 164.501 in the form of medical and psychological records (imaging, test results, notes, orders, labs, correspondence, pathology, etc.) pertaining to Plaintiff.

7)      The prosecution and defense of this case will require that the parties, their attorneys, their attorneys' agents, consultants, and various witnesses and other personnel receive and review copies of the protected health information pertaining to Plaintiff.

8)      Undersigned counsel for the Defendants has discussed this motion and proposed copies of the proposed HIPAA Order and proposed Confidentiality Order to Plaintiff's counsel. Plaintiff does not oppose this motion or the orders.

9)      The proposed Confidentiality Order and HIPAA Order are substantially similar to the Model Orders available on this Court's website.

10)     The Parties are set for a status hearing before this Court on October 13, 2020.

11)     Pursuant to this Court's standing "Case Procedures" requirements, a copy of the proposed Confidentiality Order and a copy of the proposed HIPAA Order will be sent to the email address on the Court's website and to counsel for Plaintiff contemporaneously with the filing of this motion. A redline copy showing which bracketed language from the Model Confidentiality Order was accepted, and any other changes to the Model, is also being sent pursuant to this Court's "Case Procedures" requirement.

WHEREFORE, Defendants respectfully request that this Honorable Court grant their unopposed motion and enter the proposed Confidentiality Order and HIPAA Order.

Respectfully submitted,

s/ G. David Mathues
MICHAEL D. BERSANI, ARDC No. 06200897
G. DAVID MATHUES, ARDC No. 06293314
*Attorneys for Defendants*
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156
P: 630-773-4774       F: 630-773-4851
mbersani@hcbattorneys.com
dmathues@hcbattorneys.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| SHAQUILLE PRINCE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-7265 |
| | ) | |
| vs. | ) | Honorable Robert W. Gettleman |
| | ) | |
| SGT. MICHIENZI #357, et al., | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on **September 30, 2020** I electronically filed the foregoing ***Defendants' Unopposed Motion for a Confidentiality Order and for a HIPAA Protective Order*** with the Clerk of the District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send notification to the following CM/ECF participants:

TO:    Rachael George Pontikes
David Trowbridge Hartmann
Kelly J. Kearney
Reed Smith, LLP
10 S. Wacker Dr., 40th Fl.
Chicago, IL 60606
rpontikes@reedsmith.com
dhartmann@reedsmith.com
kkearney@reedsmith.com
*Attorneys for Plaintiff*

s/ G. David Mathues
MICHAEL D. BERSANI, ARDC No. 06200897
G. DAVID MATHUES, ARDC No. 06293314
*Attorneys for Defendants*
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156
P: 630-773-4774      F: 630-773-4851
mbersani@hcbattorneys.com
dmathues@hcbattorneys.com