UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHAQUILLE PRINCE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-7265 |
| | ) | |
| vs. | ) | Hon. Robert Gettleman |
| | ) | |
| SGT. MICHIENZI #357, et al., | ) | Magistrate Hon. Susan Cox |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' STATUS REPORT**

The Defendants submit this status report pursuant to this Court's Minute Entry of November 6, 2020.[1]

**A. Status of Appointed Counsel's Motion to Withdraw.**

Judge Gettleman had appointed Plaintiff counsel from Reed Smith. (Dkt. # 7, Order, 12/11/19) That counsel vigorously represented Plaintiff for approximately a year, but then sought leave to withdraw. Defendants' counsel have only a limited knowledge of the basis for that motion, because it was filed *ex parte* and under seal, and then the motion itself was discussed by the Court, Plaintiff, and his appointed counsel without Defendants' counsel present. The most Defendants can say is that there was some irreconcilable difference over the scope of representation and litigation strategy. Regardless, that motion to withdraw was granted. (Dkt. # 62, Minute Entry, 11/18/20) Plaintiff almost immediately filed a new motion to appoint counsel, which Judge Gettleman denied last week. (Dkt. # 64, Minute Entry, 12/04/20)

**B. Status of Discovery.**

During the time Plaintiff was represented, both sides issued written discovery. Defendants received word of appointed counsel's motion to withdraw the day they were preparing to issue their responses. Then-appointed counsel and counsel for the defendants agreed that both sides' responses to written discovery should wait until that motion to withdraw was decided.

Thus, neither side has yet responded to written discovery. The Defendants do not know whether Plaintiff has the written discovery requests, or if discovery needs to be re-issued. Now that Plaintiff's renewed motion for counsel has been denied, Defendants anticipate serving their written discovery requests shortly and taking Plaintiff's deposition sometime in January (coronavirus restrictions permitting).

---

[1] Undersigned counsel apologizes for missing the hearing set for 11:00 am on November 6, 2020. Counsel had mistakenly calendared the hearing for "1," not "11," in his calendar, and only discovered this was wrong when he attempted to call in at 1 pm.

**C.     Suggested Next Steps.**

The Defendants respectfully ask this Court to hold a hearing before the holiday break to address: 1) whether Defendants need to re-issue written discovery to Plaintiff; 2) a timeline for answering all written discovery; and 3) whether the current discovery plan, which contemplates fact discovery ending on January 27, 2021 followed by expert discovery, should be revised in light of Plaintiff's counsel being allowed to withdraw and his renewed motion for appointment of counsel being rejected.

**s/ G. David Mathues**
Michael D. Bersani, Atty. Bar No. 06200897
G. David. Mathues, Atty. Bar No. 06293314
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, Illinois 60143-3156
Phone:  630-773-4774; Fax:  630-773-4851
mbersani@hcbattorneys.com
dmathues@hcbattorneys.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHAQUILLE PRINCE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-7265 |
| | ) | |
| vs. | ) | Hon. Robert Gettleman |
| | ) | |
| SGT. MICHIENZI #357, et al., | ) | Magistrate Hon. Susan Cox |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on **December 8, 2020**, I electronically filed the foregoing **Defendants' Status Report,** with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, and I hereby certify that I have mailed with the United States Postal Service the aforementioned document to the following individual:

**TO:** Shaquille Prince, #9101190
Dekalb-DCJ
150 North Main Street
Sycamore, IL 60178
*Pro Se Plaintiff*

via certified mail by depositing a copy of same in the U.S. Mail at 333 Pierce Road, Itasca, Illinois on **December 8, 2020**, before 5:00 p.m. with the proper postage prepaid.

**s/ G. David Mathues**
Michael D. Bersani, Atty. Bar No. 06200897
G. David. Mathues, Atty. Bar No. 06293314
Attorneys for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, Illinois 60143-3156
Phone: 630-773-4774; Fax: 630-773-4851
mbersani@hcbattorneys.com
dmathues@hcbattorneys.com

3