Case No. 19CV 7265
12/12/2020

**FILED** SH
12/18/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Honorable Judge Gettleman,

I am requesting a copy of the amended complaint filed by Reed Smith. There were inaccurate details that I requested that the attorneys fixed, but I will try to do that myself. I am also asking for a copy of the discovery motions filed by Reed Smith, and a copy of any discovery recieved by Reed Smith. I am requesting that Reed Smith turn over any and all documents related to this civil case, or that they be mailed to me. I am also requesting a court order to use the attorney room in housing unit one of the DeKalb County Jail daily so that I may go over discovery, and litigate this case. Every other room has a microphone and recording capabilities, and is in plain sight of any inmate, staff, or person walking by. I was told that I need a court order to use the attorney room in housing unit one of the DeKalb County Jail. I am also requesting that depositions be taken of the defendants and other people working at the Romeoville Police Department, including Woodsman, Jones and the dispatcher Karen. Thanks for your time.

X Shavell

Shaquille Prince      150 N. Main St.
Sycamore, IL 60178

Shaquille Prince
150 N. Main st
Sycamore, IL 60178

Prisoner Correspondence
Clerk's Office
U.S. District Court
219 S. Dearborn St.
Chicago, IL 60604

CAROL STREAM IL 601

14 DEC 2020 PM 3 L

U.S. POSTAGE >> PITNEY BOWES

ZIP 60178  $ 000.50⁰
02 4W
0000333875 DEC 14 2020

2020 DEC 18 AM 7:47
RECEIVED

LEGAL MAIL

60604-180099

Legal Mail