## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SHAQUILLE PRINCE, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-7265 |
| ) | |
| vs. ) | Judge Robert Gettleman |
| ) | |
| SGT. MICHIENZI #357, et al., ) | Magistrate Judge Susan Cox |
| ) | |
| Defendants. ) | |

## **DEFENDANTS' STATUS REPORT**

The Defendants submit this status report pursuant to this Court's Minute Entry of December 15, 2020 (Dkt. # 68, Minute Entry) Plaintiff remains incarcerated and undersigned counsel's ability to communicate with him is limited.[1]

**A.     Status of Discovery.**

As a reminder, discovery was paused for several months because Plaintiff had a falling-out with his appointed attorneys, who were eventually allowed to withdraw. On December 15, 2020, this Court extended the fact discovery deadline to April 28, 2021 to make up for the lost time.

Per this Court's instructions, the Defendants re-issued written discovery to Plaintiff on December 14, 2020. Plaintiff has not yet responded. Defendants have written to Plaintiff informing him of his overdue discovery responses. Defendants have not received any responses.

The Defendants responded to Plaintiff's interrogatories on December 14, 2020 and Plaintiff's document requests on January 28, 2021. The written discovery had been drafted by Plaintiff's then-counsel.

The Defendants will be taking Plaintiff's deposition. To that end, they are filing a motion for leave to depose an incarcerated person contemporaneous with this status report.

**B.     Suggested Next Steps.**

The Defendants respectfully propose a status conference in early March to address the status of discovery, including any outstanding written discovery responses from Plaintiff. Defendants respectfully suggests that this will be more efficient than adversarial briefing in this matter given Plaintiff's *pro se* incarcerated status. Some of the written discovery defendants are seeking is critical

---

[1] Plaintiff also has several other cases currently pending in this district. *See, e.g., Prince v. Unknown Officer # 1 et al.*, Case # 19-cv-7269 (Seeger, J.); *Prince v. Soderstrom et al.*, Case # 19-cv-7270 (Tharp., J.).

material given Plaintiff's allegations. Defendants will make arrangements with the DeKalb County Jail for Plaintiff's presence by phone if the conference is set.

Respectfully submitted,

**s/ G. David Mathues**
Michael D. Bersani, Atty. Bar No. 06200897
G. David. Mathues, Atty. Bar No. 06293314
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, Illinois 60143-3156
Phone: 630-773-4774; Fax: 630-773-4851
mbersani@hcbattorneys.com
dmathues@hcbattorneys.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHAQUILLE PRINCE, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-7265 |
| ) | |
| vs. ) | Judge Robert Gettleman |
| ) | |
| SGT. MICHIENZI #357, et al., ) | Magistrate Judge Susan Cox |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on **February 15, 2021**, I electronically filed the foregoing ***Defendants' Status Report,*** with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, and I hereby certify that I have mailed with the United States Postal Service the aforementioned document to the following individual:

**TO:**    Shaquille Prince, #9101190
           Dekalb-DCJ
           150 North Main Street
           Sycamore, IL 60178
           *Pro Se Plaintiff*

via certified mail by depositing a copy of same in the U.S. Mail at 333 Pierce Road, Itasca, Illinois on **February 15, 2021**, before 5:00 p.m. with the proper postage prepaid.

                                        **s/ G. David Mathues**
                                        Michael D. Bersani, Atty. Bar No. 06200897
                                        G. David. Mathues, Atty. Bar No. 06293314
                                        Attorneys for Defendants
                                        HERVAS, CONDON & BERSANI, P.C.
                                        333 Pierce Road, Suite 195
                                        Itasca, Illinois 60143-3156
                                        Phone: 630-773-4774; Fax: 630-773-4851
                                        mbersani@hcbattorneys.com
                                        dmathues@hcbattorneys.com