FILED
MAR 03 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TO: This Honorable Court
19 CV 7265

2/23/21

Hello, I do not know the procedure for appeals, but I am still asking to appeal the decision to deny court-appointed counsel. A few weeks ago, I stated that I am appealing the decision to not grant court-appointed counsel. I have not recieved any documents indicating that the appeal has begun. I am asking that the appeal papers be sent to me, and if they were sent, I humbly request that they be re-sent. For more than a year now, legal mail that is clearly addressed to me, including mail from this court, has been given to me already opened and even missing pages. So, if the appeal papers were already sent, I do apologize and request that they be re-sent. This court originally granted my request to appoint counsel and then allowed counsel to withdraw after I exposed that counsel had asked me several times to dismiss the entire complaint in exchange for as little as an apology from the officers involved, and several other odd requests. Before their withdrawal, my recent court-appointed counsel asked that they be allowed to dismiss my entire complaint because I told them that I did not want to settle out of court and take hush-money and instead I wanted to take the case to a trial where the

injustices would be exposed. Kelly Kearney then asked "since this isn't about money can we just dismiss the complaint?". David Hartmann told me that the Village of Romeoville had contacted him and asked him to ask me to stop sending them FOIAs because it cost them money and Mr. Hartmann ultimately asked me to stop sending FOIAs to the Romeoville Police Department. Counsel also refused to discuss discovery, withholding discovery that they had recieved from defendants. Rachel Pontikes would only say that she had discovered "something bad" about the officers in discovery. I still have not recieved the amended complaint from counsel or any other discovery. I do not know how to create motions or respond to the motions I have recieved from the defendants. I am asking for appointment of counsel or to be sent appeal papers so that I may proceed with an appeal of the decision to not grant counsel. I've had help from inmates with every step of this lawsuit. Thanks for your time.

x Shaquille Prince
Shaquille Prince
150 N. Main St.
Sycamore, IL 60178

Shaquille Prince
150 N. Main St.
Sycamore, IL 60178

Legal Mail

03/03/2021-21

Clerk of the Court
U.S. District Court
219 S. Dearborn St.
Chicago, Illinois 60604

Legal Mail

CAROL STREAM IL
25 FEB 2021 PM 3

U.S. POSTAGE >> PITNEY BOWES
ZIP 60178
02 4W
0000333875 FEB 25 2021
$ 000.51°