### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Shaquille Prince (2019-00006589), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19 C 7265 |
| v. | ) | |
| | ) | Hon. Robert W. Gettleman |
| Sgt. Michienzi, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

      Status hearing held on 4/8/2021. Plaintiff and defense counsel appeared telephonically. Over defense counsel's objection, for the reasons stated on the record, the court grants defendant's oral motion for appointment of counsel and requests that Jeffrey J. Mayer, Akerman LLP, 71 South Wacker Drive, Suite 46, Chicago, IL 60606, represent Plaintiff in this case in accordance with counsel's trial bar obligations under the District Court's Local Rule 83.37 (N.D. Ill.). The recruited attorney falls within the class of users listed in the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States, therefore, the above-named attorney shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court for the above-captioned case only. The recruited attorney is directed to open a separate PACER account to only be used for the above-captioned case, and fees are exempt for the above-captioned case and the previous identified cases filed in this court by this plaintiff only. The assigned attorney shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. This exemption is valid immediately and for the duration of the attorney's participation in the matter. This exemption may be revoked at the discretion of the Court at any time. The attorney shall contact the PACER Service Center at 1-800-676-6856 or via the link below to create the new PACER account and to make any necessary arrangements for the waiver. A copy of this order shall be sent to the PACER Service Center at http://www.pacer.psc.uscourts.gov/register.html. A copy of this order shall also be sent to the Systems Department of the Northern District of Illinois, to Plaintiff, and to counsel. Plaintiff's deposition is not to move forward until assigned counsel has entered an appearance. Telephonic status hearing set for 5/20/2021 at 9:30 a.m. The call-in number is (888) 684-8852 and the access code is 1503395.

Date: 4/8/2021

                                              Robert W. Gettleman
                                              United States District Judge