UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAQUILLE PRINCE, | ) |
| Plaintiff, | ) Case No. 19-cv-7265 |
| vs. | ) Judge Robert Gettleman |
| SGT. MICHIENZI #357, et al., | ) Magistrate Judge Susan Cox |
| Defendants. | ) |

## JOINT STATUS REPORT

The parties submit this status report pursuant to this Court's Minute Entry of April 23, 2021. (Dkt. # 95 Minute Entry)

### A.     Case Progress.

This Court's Minute Entry of April 23, 2021 directed the parties to file a joint status report by today setting out an updated proposed discovery schedule. The parties are filing this report today in an attempt to comply with this Court's order as much as possible.

But the parties do not have a proposed discovery schedule at this time. Simply put, newly recruited counsel has not yet been able to speak with his client. The parties respectfully submit that it is premature to submit such a schedule until recruited counsel is able to speak with Plaintiff and discuss the status of the case.

This is not due to sloth or lack of cooperation by any counsel. The attorneys for both sides have communicated by email and spoken by phone. Defendants' counsel have given Plaintiff's counsel contact information for the supervisors at the DeKalb County Jail, where Plaintiff is currently being held on unrelated charges, just as they did for the earlier appointed counsel. Plaintiff's counsel believes that those supervisors are "doing what they are supposed to do." The problem appears to arise from both technical and bureaucratic permission issues between the phone system.

Judge Gettleman held a status hearing last week, was informed of these difficulties, and was appreciative of the parties efforts to date. He also gave Plaintiff's counsel leave to file an amended complaint after counsel is able to speak with Plaintiff.

Respectfully submitted,

| | |
|---|---|
| s/ G. David Mathues | /s/ Jeffery J. Mayer |
| Michael D. Bersani, Atty. Bar No. 06200897 | Jeffery J. Mayer, Atty Bar No. 06194013 |
| G. David. Mathues, Atty. Bar No. 06293314 | *Attorney for Plaintiff* |
| *Attorney for Defendants* | AKERMAN LLP |
| HERVAS, CONDON & BERSANI, P.C. | 71 S. Wacker Drive, Suite 4600 |
| 333 Pierce Road, Suite 195 | Chicago, IL 60606 |
| Itasca, Illinois 60143-3156 | 312-634-5733 |
| Phone: 630-773-4774; Fax: 630-773-4851 | Jeffery.mayer@akerman.com |
| mbersani@hcbattorneys.com | |
| dmathues@hcbattorneys.com | |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHAQUILLE PRINCE, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-7265 |
| ) | |
| vs. ) | Judge Robert Gettleman |
| ) | |
| SGT. MICHIENZI #357, et al., ) | Magistrate Judge Susan Cox |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on **May 24, 2021**, I electronically filed the foregoing ***Parties' Joint Status Report,*** with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which will send notice to the CM/ECF participants.

**TO:** Jeffery J. Mayer
*Attorney for Plaintiff*
AKERMAN LLP
71 S. Wacker Drive, Suite 4600
Chicago, IL 60606
Jeffery.mayer@akerman.com

                                                **s/ G. David Mathues**
Michael D. Bersani, Atty. Bar No. 06200897
G. David. Mathues, Atty. Bar No. 06293314
Attorneys for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, Illinois 60143-3156
Phone: 630-773-4774; Fax: 630-773-4851
mbersani@hcbattorneys.com
dmathues@hcbattorneys.com