UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAQUILLE PRINCE, | ) |
| Plaintiff, | ) Case No. 19-cv-7265 |
| vs. | ) Judge Robert Gettleman |
| SGT. MICHIENZI #357, et al., | ) Magistrate Judge Susan Cox |
| Defendants. | ) |

**JOINT STATUS REPORT**

The parties submit this status report pursuant to this Court's Minute Entry of June 10, 2021. (Dkt. # 100 Minute Entry)

**A.     Case Progress.**

This Court's Minute Entry of June 10, 2021 directed the parties to file an updated joint status report by June 18, 2021 with a proposed fact discovery cutoff. Counsel for all parties have conferred and believe an October 29, 2021 fact discovery cutoff is necessary for the parties to complete discovery and move this case forward.

Respectfully submitted,

**/s/ G. David Mathues**
Michael D. Bersani, Atty. Bar No. 06200897
G. David. Mathues, Atty. Bar No. 06293314
*Attorney for Defendants*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, Illinois 60143-3156
mbersani@hcbattorneys.com
dmathues@hcbattorneys.com

**/s/ Jeffery J. Mayer**
Jeffery J. Mayer, Atty Bar No. 06194013
*Attorney for Plaintiff*
AKERMAN LLP
71 S. Wacker Drive, 47th Fl.
Chicago, IL 60606
Jeffery.mayer@akerman.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHAQUILLE PRINCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 19-cv-7265 |
| vs. ) | |
| ) | Judge Robert Gettleman |
| SGT. MICHIENZI #357, et al., ) | |
| ) | Magistrate Judge Susan Cox |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on **June 17, 2021**, I electronically filed the foregoing ***Parties' Joint Status Report***, with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which will send notice to the CM/ECF participants.

**TO:** Jeffery J. Mayer
*Attorney for Plaintiff*
AKERMAN LLP
71 S. Wacker Drive, 47th Fl.
Chicago, IL 60606
Jeffery.mayer@akerman.com

**s/ G. David Mathues**
Michael D. Bersani, Atty. Bar No. 06200897
G. David. Mathues, Atty. Bar No. 06293314
Attorneys for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, Illinois 60143-3156
mbersani@hcbattorneys.com
dmathues@hcbattorneys.com

2