# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHAQUILLE PRINCE, | ) |
|     Plaintiff, | ) Case No. 19-cv-7265 |
| vs. | ) Judge Robert Gettleman |
| SGT. MICHIENZI #357, et al., | ) Magistrate Judge Susan Cox |
|     Defendants. | ) |

## JOINT STATUS REPORT

The parties submit this status report pursuant to this Court's Docket Entry of June 21, 2021 (Dkt. # 104).

**A.  Case Progress.**

The parties have engaged in written discovery and are currently working on scheduling of depositions. Due to communication difficulties between Plaintiff and Counsel, Plaintiff's counsel was not able to serve Plaintiff's interrogatory responses on Defendants until today (and those responses are still not verified, due to the same difficulties).

Due to the delayed responses to written discovery, and the new Second Amended Complaint (Dkt. # 105), depositions have not yet been scheduled. The parties anticipate doing this soon.

The parties wish to alert the Court of two discovery-related matters. One, each has identified what they believe to be material deficiencies in the other's responses. The parties are hoping to work these out in a meet-and-confer process but whether the process succeeds remains to be seen. Two, Plaintiff's counsel has made clear that Plaintiff will be pursuing *Monell* discovery at this time. Defendants had prepared a motion to bifurcate the *Monell* claims, but never filed it because Plaintiff's previous appointed counsel wanted to take party depositions before deciding whether to pursue *Monell* discovery and the issue was never ripe. In light of current counsel's position, Defendants anticipate filing their motion soon. Defendants seek this Court's direction as to whether that motion should be filed on this Court's docket or on Judge Gettleman's.

**B.  Settlement Conference.**

In light of the communication difficulties noted above leading to the delayed written discovery, the new Second Amended Complaint, and Plaintiff's desire to pursue *Monell* discovery, the parties have not had any meaningful settlement discussions at this time. The parties believe that referral to a settlement conference would be premature at this time.

Respectfully submitted,

| | |
|---|---|
| **/s/ G. David Mathues** | **/s/ Jeffery J. Mayer** |
| Michael D. Bersani, Atty. Bar No. 06200897 | Jeffery J. Mayer, Atty Bar No. 06194013 |
| G. David. Mathues, Atty. Bar No. 06293314 | AKERMAN LLP |
| HERVAS, CONDON & BERSANI, P.C. | 71 S. Wacker Drive, 47th Fl. |
| 333 Pierce Road, Suite 195 | Chicago, IL 60606 |
| Itasca, IL 60143-3156 | 312-634-5733 |
| Phone: 630-773-4774; Fax: 630-773-4851 | jeffery.mayer@akerman.com |
| mbersani@hcbattorneys.com | |
| dmathues@hcbattorneys.com | **/s/ Ryan C. Krone** |
| | Ryan C. Krone, Atty Bar No. 24085750 |
| *Attorneys for Defendants* | AKERMAN LLP |
| | 1300 Post Oak Boulevard, Suite 2300 |
| | Houston, TX 77056 |
| | 713-960-7394 |
| | ryan.krone@akerman.com |
| | |
| | *Attorneys for Plaintiff* |

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHAQUILLE PRINCE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SGT. MICHIENZI #357, et al., )<br>)<br>Defendants. ) | Case No. 19-cv-7265<br><br>Judge Robert Gettleman<br><br>Magistrate Judge Susan Cox |

## CERTIFICATE OF SERVICE

I hereby certify that on **August 23, 2021**, I electronically filed the foregoing ***Parties' Joint Status Report,*** with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which will send notice to the CM/ECF participants.

**TO:** Jeffery J. Mayer  
AKERMAN LLP  
71 S. Wacker Drive, 47th Fl.  
Chicago, IL 60606  
jeffery.mayer@akerman.com

Ryan C. Krone  
AKERMAN LLP  
1300 Post Oak Boulevard, Suite 2300  
Houston, TX 77056  
ryan.krone@akerman.com

**s/ G. David Mathues**
Michael D. Bersani, Atty. Bar No. 06200897
G. David Mathues, Atty. Bar No. 06293314
*Attorneys for Defendants*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774; Fax: 630-773-4851
mbersani@hcbattorneys.com
dmathues@hcbattorneys.com