UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHAQUILLE PRINCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19-cv-7265 |
| vs. | ) | |
| | ) | Judge Robert Gettleman |
| SGT. MICHIENZI #357, et al., | ) | |
| | ) | Magistrate Judge Susan Cox |
| Defendants. | ) | |

**JOINT STATUS REPORT**

The parties submit this status report pursuant to this Court's Docket Entry of October 1, 2021. (Dkt. # 111)

**A.    Case Progress.**

This Court's Docket Entry of October 1, 2021 directed the parties to file an updated joint status report by October 4, 2021 with an update on the progress of fact discovery. The parties have engaged in written discovery and are still working on scheduling of depositions. Additionally, the parties are working on resolving several discovery issues and are working on scheduling a meet and confer regarding same.

On September 22, 2021, a telephonic status hearing was held before the Honorable Robert W. Gettleman to discuss issues related to *Monell* discovery. Judge Gettleman ordered that Defendants' Motion to Bifurcate *Monell* claims is due by October 22, 2021, Plaintiff's response is due by November 5, 2021, and Defendants' reply is due by November 15, 2021 with a telephonic hearing on same set for December 2, 2021. Accordingly the parties believe a three (3) to four (4) month extension of the fact discovery deadline will be needed in order for the parties to complete discovery.

Respectfully submitted,

| | |
|---|---|
| **/s/ G. David Mathues** | **/s/ Jeffrey J. Mayer** |
| Michael D. Bersani, Atty. Bar No. 06200897 | Jeffrey J. Mayer, Atty Bar No. 06194013 |
| G. David. Mathues, Atty. Bar No. 06293314 | AKERMAN LLP |
| *Attorney for Defendants* | 71 S. Wacker Drive, Suite 4600 |
| HERVAS, CONDON & BERSANI, P.C. | Chicago, IL 60606 |
| 333 Pierce Road, Suite 195 | 312-634-5733 |
| Itasca, Illinois 60143-3156 | Jeffrey.mayer@akerman.com |
| Phone: 630-773-4774; Fax: 630-773-4851 | |
| mbersani@hcbattorneys.com | Ryan C. Krone, Atty Bar No. 24085750 |
| dmathues@hcbattorneys.com | AKERMAN LLP |
| | 1300 Post Oak Boulevard, Suite 2300 |
| | Houston, TX 77056 |
| | 713-960-7394 |
| | Ryan.krone@akerman.com |
| | |
| | *Attorneys for Plaintiff* |

60217353;1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAQUILLE PRINCE, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-7265 |
| ) | |
| vs. ) | Judge Robert Gettleman |
| ) | |
| SGT. MICHIENZI #357, et al., ) | Magistrate Judge Susan Cox |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2021, I electronically filed the foregoing ***Parties' Joint Status Report***, with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which will send notice to the CM/ECF participants.

**TO:** Jeffrey J. Mayer
*Attorney for Plaintiff*
AKERMAN LLP
71 S. Wacker Drive, Suite 4600
Chicago, IL 60606
Jeffrey.mayer@akerman.com

          **s/ G. David Mathues**
          Michael D. Bersani, Atty. Bar No. 06200897
          G. David. Mathues, Atty. Bar No. 06293314
          Attorneys for Defendants
          HERVAS, CONDON & BERSANI, P.C. 333
          Pierce Road, Suite 195
          Itasca, Illinois 60143-3156
          Phone: 630-773-4774; Fax: 630-773-4851
          mbersani@hcbattorneys.com
          dmathues@hcbattorneys.com