UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAQUILLE PRINCE, | ) |
| Plaintiff, | ) Case No. 19-cv-7265 |
| vs. | ) Judge Robert Gettleman |
| SGT. MICHIENZI #357, et al., | ) Magistrate Judge Susan E. Cox |
| Defendants. | ) |

**DEFENDANTS MOTION TO BIFURCATE
AND STAY DISCOVERY AND TRIAL OF PLAINTIFF'S *MONELL* CLAIMS**

NOW COME Defendants MICHAEL MICHIENZI, TOM DORSEY, and VILLAGE OF ROMEOVILLE by and through their attorneys, MICHAEL D. BERSANI and G. DAVID MATHUES of HERVAS, CONDON & BERSANI, P.C., and pursuant to Federal Rule of Civil Procedure 42(b) move this Court for an Order bifurcating Plaintiff's claims against Defendants MICHAEL MICHIENZI and TOM DORSEY from the *Monell*-based claims against Defendant VILLAGE OF ROMEOVILLE, and staying discovery and trial of the *Monell* claim pending resolution of the individual claims against Defendants MICHIENZI and DORSEY.

1. This case arises from a traffic stop on December 21, 2018 in Romeoville, Illinois. Plaintiff Shaquille Prince and his friend Selena Anderson went to the Romeoville Police Department to pick up a FOIA request. Both were subsequently arrested on warrants. Prince alleges that during that time Officer Michienzi committed various acts of excessive force against him and arrested him on false charges in retaliation for Prince's attempts to file a complaint against another officer and Dorsey failed to intervene to prevent this misconduct.

2. Plaintiff's Second Amended Complaint alleges eight counts of various federal civil rights and state tort law violations against Officers Michienzi and Dorsey. It also alleges a *Monell* claim against the Village of Romeoville.

3.	The Federal Rules of Civil Procedure allow this Court to order separate trials of any claim or issue to promote convenience, to avoid prejudice, or to increase judicial economy. Fed. R. Civ. P. 42(b); *Krocka v. City of Chicago,* 203 F.3d 507, 516 (7th Cir. 2000). And "[w]hen dealing with *Monell* claims, bifurcation offers many advantages." *Ackerman v. Allen*, 2017 U.S. Dist. LEXIS 64102, at *14 (N.D. Ill. Apr. 27, 2017) (Castillo, C.J.) (granting bifurcation motion).

4.	In this case, bifurcation will serve all three purposes of Rule 42(b). Motions such as this are routinely granted in this district, especially where, as here, plaintiff seeks to piggyback *Monell* claims onto run-of-the-mill Fourth Amendment claims. Furthermore, bifurcation will not unfairly prejudice the Plaintiff because if he prevails on the individual claims against Officers Otis and Stein, he will not be entitled to any additional compensatory damages from the *Monell* claims, while if he cannot prevail on those claims, the *Monell* claim cannot stand.

5.	The parties have discussed their disagreement regarding *Monell* in open Court, and this Court has set a briefing schedule on the issue. (*See* Dkt. # 110, Minute Entry, 09/22/21)

6.	Defendants have filed a memorandum of law to accompany this motion.

WHEREFORE, Defendants MICHAEL MICHIENZI, TOM DORSEY and the VILLAGE ROMEOVILLE request that this honorable Court grant their motion to bifurcate claims and stay discovery regarding Plaintiff's *Monell* claims.

Respectfully submitted,

**s/Michael D. Bersani**
MICHAEL D. BERSANI, Bar No. 06200897
G. DAVID MATHUES Bar No. 06293314
*Attorneys for Defendants*
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156 P: 630-773-4774
mbersani@hcbattorneys.com
dmathues@hcbattorneys.com

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHAQUILLE PRINCE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-7265 |
| | ) | |
| vs. | ) | |
| | ) | Honorable Robert W. Gettleman |
| SGT. MICHIENZI #357, et al., | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on **October 22, 2021**, I electronically filed the foregoing ***Defendants' Motion to Bifurcate and Stay Discovery and Trial of Plaintiffs' Monell Claims,*** with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which will send notice to the following CM/ECF participants:

TO:    Jeffrey J. Mayer                        Ryan C. Krone
            Akerman LLP                           Akerman LLP
            71 South Wacker Drive            1300 Post Oak Blvd.
            Suite 47th Floor                        Suite 2500
            Chicago, IL 60606                      Houston, TX 77056
            Jeffrey.mayer@akerman.com      ryan.krone@akerman.com

                                                  **s/ G. David Mathues**
                                                  Michael D. Bersani, ARDC No. 06200897
                                                  G. David Mathues, ARDC No. 06293314
                                                  *Attorneys for Defendants*
                                                  HERVAS, CONDON & BERSANI, P.C.
                                                  333 Pierce Road, Suite 195
                                                  Itasca, Illinois 60143-3156
                                                  Phone:  630-773-4774; Fax:  630-773-4851
                                                  mbersani@hcbattorneys.com
                                                  dmathues@hcbattorneys.com