# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHAQUILLE PRINCE, | )<br>) |
| Plaintiff, | )<br>) Case No. 19-cv-7265 |
| vs. | )<br>) Judge Robert Gettleman |
| SGT. MICHIENZI #357, et al., | )<br>) Magistrate Judge Susan Cox |
| Defendants. | )<br>) |

## JOINT STATUS REPORT

The parties submit this status report pursuant to this Court's Minute Entry of October 6, 2021. (Dkt. # 113 Minute Entry)

**A.    Defendants' Motion to Bifurcate the *Monell* claims.**

Judge Gettleman held a hearing on the Defendants' motion to bifurcate and stay Plaintiff's *Monell* claims on December 2, 2021. The motion was granted, with a caveat, as stated on the record by Judge Gettleman that discovery responsive to the individual claims should still be produced even if it is arguably related to the *Monell* claims. Judge Gettleman further set a hearing for April 26, 2022, and encouraged the parties to have fact discovery completed by that time.

**B.    Other Discovery.**

 The parties have not yet set depositions, in part because of logistical challenges since Plaintiff has been incarcerated on an unrelated matter and was only recently released, and in part because they could not agree on proper deposition questions given that the bifurcation motion was pending. The parties anticipate setting depositions early in the new year.

The parties also continue debate each side's written discovery. Plaintiff anticipates filing a motion to compel in the near future and Defendants may do the same, depending on the outcome of a meet-and-confer call.

Respectfully submitted,

| | |
|---|---|
| **/s/ G. David Mathues** | **/s/ Jeffery J. Mayer** |
| Michael D. Bersani, Atty. Bar No. 06200897 | Jeffery J. Mayer, Atty Bar No. 06194013 |
| G. David. Mathues, Atty. Bar No. 06293314 | AKERMAN LLP |
| HERVAS, CONDON & BERSANI, P.C. | 71 S. Wacker Drive, 47th Fl. |
| 333 Pierce Road, Suite 195 | Chicago, IL 60606 |
| Itasca, IL 60143-3156 | 312-634-5733 |
| Phone: 630-773-4774; Fax: 630-773-4851 | jeffery.mayer@akerman.com |
| mbersani@hcbattorneys.com | |
| dmathues@hcbattorneys.com | **/s/ Ryan C. Krone** |
| | Ryan C. Krone, Atty Bar No. 24085750 |
| *Attorneys for Defendants* | AKERMAN LLP |
| | 1300 Post Oak Boulevard, Suite 2300 |
| | Houston, TX 77056 |
| | 713-960-7394 |
| | ryan.krone@akerman.com |
| | |
| | *Attorneys for Plaintiff* |

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAQUILLE PRINCE, | ) |
| Plaintiff, | ) Case No. 19-cv-7265 |
| vs. | ) Judge Robert Gettleman |
| SGT. MICHIENZI #357, et al., | ) Magistrate Judge Susan Cox |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on **December 2, 2021**, I electronically filed the foregoing ***Parties' Joint Status Report***, with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which will send notice to the CM/ECF participants.

**TO:** Jeffery J. Mayer
AKERMAN LLP
71 S. Wacker Drive, 47th Fl.
Chicago, IL 60606
jeffery.mayer@akerman.com

Ryan C. Krone
AKERMAN LLP
1300 Post Oak Blvd.
Suite 2500
Houston, TX 77056
ryan.krone@akerman.com

*Attorneys for Plaintiff*

**s/ G. David Mathues**
Michael D. Bersani, Atty. Bar No. 06200897
G. David. Mathues, Atty. Bar No. 06293314
Attorneys for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, Illinois 60143-3156
mbersani@hcbattorneys.com
dmathues@hcbattorneys.com
