UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAQUILLE PRINCE, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-7265 |
| ) | |
| vs. ) | Judge Robert Gettleman |
| ) | |
| SGT. MICHIENZI #357, et al., ) | Magistrate Judge Susan E. Cox |
| ) | |
| Defendants. ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S
SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

NOW COME Defendants, MICHAEL MICHIENZI, TOM DORSEY, and VILLAGE OF ROMEOVILLE, by and through their attorneys, MICHAEL D. BERSANI and G. DAVID MATHUES of HERVAS, CONDON & BERSANI, P.C., and for their Response to Plaintiff's Second Request for Production of Documents, state as follows:

47. A copy of any and all Complaint forms that are provided to citizens when they ask to make a Complaint against an officer or against the department that were in use during the last five years.

**RESPONSE**: *See* **attached document Bates-stamped VOR 1640-1642 (old form) and VOR 1643-1644 (new form, instituted after SAFE-T Act passed).**

48. Any communications or documents in your possession, including authored by any Defendant, referring or relating to Plaintiff dating back to January 1, 2018, including but not limited to text messages, emails, social media postings to Facebook, Twitter, WhatsApp, Snapchat, Instagram or any other social media platform.

**RESPONSE**: *See* **responses to Pl.'s RFP ## 4, 11, 12, 42.**

   **In addition,** *see* **attached documents Bates-stamped VOR 1645-2356 (documents related to Plaintiff's felony domestic violence conviction in DeKalb County) and VOR 2357-2602 (documents related to Plaintiff's felony obstruction of justice case in Will County).**

**EXHIBIT A**

49. Copies of any and all files related to citizen complaints against any officer of the Village of Romeville Police Department during the last five years, including but not limited to the complaint, investigation into the complaint and the imposition of any discipline resulting from the complaint.

**RESPONSE**: **This request seeks *Monell* discovery and the Defendants object to producing *Monell* discovery at this time for the reasons articulated in the pending motion.**

50. Copies of any and all documents in your possession that identify if citizen complaints against any officer the Village of Romeoville Police Department filed in the last five years was sustained or not sustained.

**RESPONSE**: **This request seeks *Monell* discovery and the Defendants object to producing *Monell* discovery at this time for the reasons articulated in the pending motion.**

51. All documents in your possession, custody or control relating to Plaintiff or any person identified on any party's Rule 26(a) disclosures in this case.

**RESPONSE**: **As to Plaintiff, *see* response to Pl.'s RFP # 4. As to other persons listed in the Rule 26(a) disclosures, objection, overbroad, seeks information not relevant to the claims or defenses of any party and unduly burdensome in light of the needs of the case, and seeks information the court has already ruled as not relevant. *See* Dkt. # 87, Minute Entry, 03/05/21.**

**Answering subject to and without waiving objections, *see* all other documents produced in this case.**

52. All documents relating to any internal investigations undertaken by the Village of Romeoville Police Department or any outside organization in connection with the incident(s) described in Plaintiff's most recent Complaint.

**RESPONSE**: ***See* response to Pl.'s RFP ## 1, 11.**

53. All documents relating to any and all arrests, detentions, prosecutions and criminal history of any Defendant.

**RESPONSE**: ***See* response to Pl.'s RFP # 30.**

54. All Department General Orders, Department manuals, procedural guides, training guidelines, protocols, rules, policies or practices relating in any way to the following subjects form January 1, 2015 to the present:

    a. The creation, use and destruction of police reports;

    b. The creation, use and destruction of any audio or video recordings;

    c. Note-taking during a criminal investigation;

    d. Warrants issued in other jurisdictions;

    e. Internal Department disciplinary investigations and procedures;

    f. Citizen or internal complaint procedures;

    g. Preserving notes created during a criminal investigation;

    h. Use of Force policies or guidance.

**RESPONSE**: **For Use of Force policies,** *see* **documents previously produced and Bates-stamped VOR 001361–99.**

**Answering further, see documents attached and Bates-stamped VOR 2603-2663.**

**Answering further, the Village does not have a policy with respect to handwritten notes during criminal investigations. As a matter of practice, such notes are maintained only in homicide investigations.**

55. All documents that refer to, relate to, or constitute The Village of Romeoville's policy for accepting and responding to citizen complaints including but not limited to emails, memos, charts, tables, directives, and concerns regarding the process.

**RESPONSE**: **Objection, vague and overbroad as to "refer to, relate to" and seeks information not relevant to the claims or defenses of any party. Answering subject to and without waving objections, for the policy regarding citizen complaints,** *see* **documents produced in response to # 54, above.**

56. All documents that refer to, relate to, or constitute The Village of Romeoville's policy for accepting and responding to citizen complaints including but not limited to emails, memos, charts, tables, directives, and concerns regarding the process.

3

**RESPONSE**: **Objection, vague and overbroad as to "refer to, relate to" and seeks information not relevant to the claims or defenses of any party. Answering subject to and without waving objections, for the policy regarding citizen complaints, see documents produced in response to # 54, above.**

                                        Respectfully submitted,

                                        G. DAVID MATHUES
                                        *One of the Attorneys for Defendants*

MICHAEL D. BERSANI
G. DAVID MATHUES
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
P: 630-773-4774    F: 630-773-4851

4

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS. |
| COUNTY OF DUPAGE | ) |

## PROOF OF SERVICE

I, Victoria L. Giordano, a non-attorney, hereby certify that on **November 2, 2021**, I served the foregoing *Defendants' Response to Plaintiff's Second Request for Production of Documents* upon the attorneys of record, via email, to the email addresses set forth below, by 5:00 p.m.

TO:    Jeffrey J. Mayer                  Ryan C. Krone
           Akerman LLP                    Akerman LLP
           71 South Wacker Drive      1300 Post Oak Blvd.
           47th Floor                           Suite 2300
           Chicago, IL 60606           Houston, TX 77056
           jeffrey.mayer@akerman.com  ryan.krone@akerman.com

*/s/ Victoria L. Giordano*
Victoria L. Giordano

SUBSCRIBED and SWORN to before me

this 2nd day of November, 2021.

KATHRYN D. MAYER
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires Sep 15, 2024

*/s/ Kathryn D. Mayer*
NOTARY PUBLIC

5