UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Shaquille Prince,<br><br>        Plaintiff,<br><br>v.<br><br>Sergeant Michael Michienzi #357; Detective Tom Dorsey; Village of Romeoville,<br><br>        Defendants. | No.: 1:19-cv-07265<br>Honorable Judge Robert W. Gettleman<br>Honorable Magistrate Judge Susan E. Cox |

**PLAINTIFF'S INITIAL RULE 26(a)(1) DISCLOSURES**

NOW COMES Plaintiff, Shaquille Prince, by and through his attorneys Rachael Pontikes, David Hartmann, and Kelly Kearney of Reed Smith LLP, in compliance with Federal Rule of Civil Procedure 26(a), and provides as follows:

**Initial Disclosures.**

(a)(1)(A)(i) the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

**Response**: In addition to any and all individuals disclosed by Defendants:

1. **Plaintiff Shaquille Prince** (to be contacted only through his counsel at 10 South Wacker Drive, 40th Floor, Chicago, Illinois 60606; 312-207-2876). The subject of discoverable information from this individual will include facts pertaining to Plaintiff's First Amended Complaint and his claimed damages.

**EXHIBIT B**

2. **Defendant Sergeant Michael Michienzi** #357 of the Romeoville Police Department (1050 W Romeo Rd, Romeoville, Illinois 60446). The subject of discoverable information from this individual will include facts pertaining to Plaintiff's First Amended Complaint and Plaintiff's claimed damages.

3. **Defendant Detective Tom Dorsey** of the Romeoville Police Department (1050 W Romeo Rd, Romeoville, Illinois 60446). The subject of discoverable information from this individual will include facts pertaining to Plaintiff's First Amended Complaint and Plaintiff's claimed damages.

4. **Melissa Prince**, Plaintiff's aunt (to be contacted only through Plaintiff's counsel at 10 South Wacker Drive, 40th Floor, Chicago, Illinois 60606; 312-207-2876). The subject of discoverable information from this individual will include facts pertaining to Plaintiff's First Amended Complaint and Plaintiff's claimed damages.

5. **Selena Anderson**, Plaintiff's friend (to be contacted only through Plaintiff's counsel at 10 South Wacker Drive, 40th Floor, Chicago, Illinois 60606; 312-207-2876). The subject of discoverable information from this individual will include facts pertaining to Plaintiff's First Amended Complaint and Plaintiff's claimed damages.

6. **Officer Jones** #351 of the Romeoville Police Department (1050 W Romeo Rd, Romeoville, Illinois 60446). The subject of discoverable information from this individual will include facts pertaining to Plaintiff's First Amended Complaint and Plaintiff's claimed damages.

7. **Dispatcher "Karen"** of the Romeoville Police Department (1050 W Romeo Rd, Romeoville, Illinois 60446). The subject of discoverable information from this individual will include facts pertaining to Plaintiff's First Amended Complaint and Plaintiff's claimed damages.

8. **Romeoville Police Department Keeper of Records** (1050 W Romeo Rd, Romeoville, Illinois 60446). The subject of discoverable information from this individual will include facts pertaining to Plaintiff's First Amended Complaint and Plaintiff's claimed damages.

    (a)(1)(A)(ii) a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;

**Response**: In addition to any and all materials disclosed by the Defendants:

1. Recorded video footage of Plaintiff and Defendant Sergeant Michael Michienzi outside of the Romeoville Police Department on December 21, 2018; and

2. Recorded video footage of Plaintiff and Defendant Sergeant Michael Michienzi inside the Romeoville Police Department on December 21, 2018.

3. Romeoville Police Incident Reports from December 21, 2018 (Case Report 18-4438).

(A) a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and

**Response:** Plaintiff is seeking compensation for (without limitation) deprivations of his rights under the Constitution of the United States and the State of Illinois and his pain and suffering.

(B) for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**Response:** Not applicable.

- 4 -

Dated: August 31, 2020  Respectfully submitted,

By: */s/ Kelly J. Kearney*
Rachael G. Pontikes (SBN 6275709)
Email: rpontikes@reedsmith.com
Kelly J. Kearney (SBN 6327132)
Email: kkearney@reedsmith.com
David T. Hartmann (SBN 6309201)
Email: dhartmann@reedsmith.com
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

*Counsel for Shaquille Prince*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Shaquille Prince, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Sergeant Michael Michienzi #357; Detective )<br>Tom Dorsey; Village of Romeoville, )<br>)<br>Defendants. )<br>)<br>) | No.: 1:19-cv-07265<br>Honorable Judge Robert W. Gettleman<br>Honorable Magistrate Judge Susan E. Cox |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on August 31, 2020, she caused a copy of the foregoing **PLAINTIFF'S INITIAL RULE 26(a)(1) DISCLOSURES** to be served via mail and electronic mail upon:

Michael D. Bersani, ARDC No. 06200897
G. David Mathues, ARDC No. 06293314
Attorneys for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, Illinois 60143-3156
Phone: 630-773-4774; Fax: 630-773-4851
mbersani@hcbattorneys.com
dmathues@hcbattorneys.com

- 6 -

Dated: August 31, 2020　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Kelly J. Kearney*

　　　　　　　　　　　　　　　　　　　　　Rachael G. Pontikes (SBN 6275709)
　　　　　　　　　　　　　　　　　　　　　Email:　rpontikes@reedsmith.com
　　　　　　　　　　　　　　　　　　　　　Kelly J. Kearney (SBN 6327132)
　　　　　　　　　　　　　　　　　　　　　Email:　kkearney@reedsmith.com
　　　　　　　　　　　　　　　　　　　　　David T. Hartmann (SBN 6309201)
　　　　　　　　　　　　　　　　　　　　　Email:　dhartmann@reedsmith.com
　　　　　　　　　　　　　　　　　　　　　REED SMITH LLP
　　　　　　　　　　　　　　　　　　　　　10 South Wacker Drive
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606-7507
　　　　　　　　　　　　　　　　　　　　　Telephone: +1 312 207 1000
　　　　　　　　　　　　　　　　　　　　　Facsimile: +1 312 207 6400

　　　　　　　　　　　　　　　　　　　　　*Counsel for Shaquille Prince*