**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHAQUILLE PRINCE, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-7265 |
| ) | |
| vs. ) | Judge Robert Gettleman |
| ) | |
| SGT. MICHIENZI #357, et al., ) | Magistrate Judge Susan Cox |
| ) | |
| Defendants. ) | |

**PARTIES' JOINT STATUS REPORT**

The parties submit this status report pursuant to this Court's Minute Entry of February 16, 2022. (Dkt. # 132 Minute Entry)

**A.   Discovery Status.**

The parties have completed the deposition of Plaintiff and one of the individual Defendants as well as several other witnesses. The parties currently have several additional depositions scheduled or being scheduled in April, and anticipate completing all depositions prior to the April 22, 2022 fact discovery deadline with the exception of one. One witness is currently in the hospital and recovering from medical issues. The parties hope to schedule her deposition prior to the April 22, 2022 fact discovery deadline, but have agreed that if the parties are not able to because of the witness's health, the parties will schedule her deposition as soon as possible after April 22, 2022.

The parties are continuing to work through non-*Monell* written discovery, and anticipate completing same by the April 22, 2022 fact discovery deadline should no further discovery disputes arise.

62619880;1

Respectfully submitted,

/s/ G. David Mathues

Michael D. Bersani, Atty. Bar No. 06200897
G. David Mathues, Atty. Bar No. 06293314
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774
mbersani@hcbattorneys.com
dmathues@hcbattorneys.com

*Attorneys for Defendants*

/s/ Jeffery J. Mayer

Jeffery J. Mayer, Atty. Bar No. 06194013
AKERMAN LLP
71 S. Wacker Drive, 47th Fl.
Chicago, IL 60606
312-634-5733
jeffery.mayer@akerman.com

/s/ Ryan C. Krone

Ryan C. Krone, Atty Bar No. 24085750
AKERMAN LLP
1300 Post Oak Boulevard, Suite 2300
Houston, TX 77056
713-960-7394
ryan.krone@akerman.com

*Attorneys for Plaintiff*

62619880;1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHAQUILLE PRINCE, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-7265 |
| ) | |
| vs. ) | Judge Robert Gettleman |
| ) | |
| SGT. MICHIENZI #357, et al., ) | Magistrate Judge Susan Cox |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on **March 29, 2022**, I electronically filed the foregoing ***Parties' Joint Status Report,*** with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which will send notice to the CM/ECF participants.

**TO:** Jeffery J. Mayer
AKERMAN LLP
71 S. Wacker Drive, 47th Fl.
Chicago, IL 60606
Jeffery.mayer@akerman.com

Ryan C. Krone
AKERMAN LLP
1300 Post Oak Blvd.
Suite 2500
Houston, TX 77056
ryan.krone@akerman.com

*Attorneys for Plaintiff*

                                                  **s/ G. David Mathues**
                                                  Michael D. Bersani, Atty. Bar No. 06200897
                                                  G. David. Mathues, Atty. Bar No. 06293314
                                                  Attorneys for Defendants
                                                  HERVAS, CONDON & BERSANI, P.C.
                                                  333 Pierce Road, Suite 195
                                                  Itasca, Illinois 60143-3156
                                                  mbersani@hcbattorneys.com
                                                  dmathues@hcbattorneys.com

62619880;1