**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHAQUILLE PRINCE, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-7265 |
| ) | |
| vs. ) | Judge Robert Gettleman |
| ) | |
| SGT. MICHIENZI #357, et al., ) | Magistrate Judge Susan Cox |
| ) | |
| Defendants. ) | |

**PARTIES' JOINT STATUS REPORT**

The parties submit this status report pursuant to this Court's Minute Entry of April 21, 2022. (Dkt. # 137 Minute Entry)

**A.      Discovery Status**.

The parties have been working diligently to complete required depositions. To date, seven (7) depositions have been completed: Plaintiff (February 2 and March 14), Defendant Dorsey (February 25), Village of Romeoville Technical Specialist David Dabrowski (March 10), Village of Romeoville Officer Woody Jones (March 16), Village of Romeoville Records Supervisor Karyn Showers, retired (March 25), Defendant. Michienzi (March 29), and Village of Romeoville Officer Matthew Bejgrowicz (May 10). The parties currently have three (3) additional depositions scheduled or being scheduled in May or early June, and anticipate completing all depositions prior to the June 6, 2022 fact discovery deadline with the possible exception of one. The parties are still working to locate Selena Anderson, Plaintiff's companion during part of the incident. The parties hope to schedule her deposition prior to the June 6, 2022 fact discovery deadline, but have agreed that if the parties are not able to, the parties will schedule her deposition as soon as possible after June 6, 2022.

63736385;1

The parties are continuing to work through non-*Monell* written discovery, and anticipate completing same by the June 6, 2022 fact discovery deadline should no further discovery disputes arise.

Respectfully submitted,

| | |
|---|---|
| **/s/ G. David Mathues** | **/s/ Jeffery J. Mayer** |
| Michael D. Bersani, Atty. Bar No. 06200897 | Jeffery J. Mayer, Atty Bar No. 06194013 |
| G. David. Mathues, Atty. Bar No. 06293314 | AKERMAN LLP |
| HERVAS, CONDON & BERSANI, P.C. | 71 S. Wacker Drive, 47th Fl. |
| 333 Pierce Road, Suite 195 | Chicago, IL 60606 |
| Itasca, IL 60143-3156 | 312-634-5733 |
| Phone: 630-773-4774; Fax: 630-773-4851 | jeffery.mayer@akerman.com |
| mbersani@hcbattorneys.com | |
| dmathues@hcbattorneys.com | **/s/ Ryan C. Krone** |
| | Ryan C. Krone, Atty Bar No. 24085750 |
| *Attorneys for Defendants* | AKERMAN LLP |
| | 1300 Post Oak Boulevard, Suite 2300 |
| | Houston, TX 77056 |
| | 713-960-7394 |
| | ryan.krone@akerman.com |
| | |
| | *Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHAQUILLE PRINCE, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-7265 |
| ) | |
| vs. ) | Judge Robert Gettleman |
| ) | |
| SGT. MICHIENZI #357, et al., ) | Magistrate Judge Susan Cox |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on **May 26, 2022**, I electronically filed the foregoing ***Parties' Joint Status Report,*** with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which will send notice to the CM/ECF participants.

**TO:** Jeffery J. Mayer
AKERMAN LLP
71 S. Wacker Drive, 47th Fl.
Chicago, IL 60606
Jeffery.mayer@akerman.com

Ryan C. Krone
AKERMAN LLP
1300 Post Oak Blvd.
Suite 2500
Houston, TX 77056
ryan.krone@akerman.com

*Attorneys for Plaintiff*

                                          **s/ G. David Mathues**
                                          Michael D. Bersani, Atty. Bar No. 06200897
                                          G. David. Mathues, Atty. Bar No. 06293314
                                          Attorneys for Defendants
                                          HERVAS, CONDON & BERSANI, P.C.
                                          333 Pierce Road, Suite 195
                                          Itasca, Illinois 60143-3156
                                          mbersani@hcbattorneys.com
                                          dmathues@hcbattorneys.com

63736385;1