UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAQUILLE PRINCE, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-7265 |
| ) | |
| vs. ) | Judge Robert Gettleman |
| ) | |
| SGT. MICHIENZI #357, et al., ) | Magistrate Judge Susan Cox |
| ) | |
| Defendants. ) | |

## PARTIES' JOINT STATUS REPORT

The parties submit this status report pursuant to this Court's Minute Entry of May 27, 2022. (Dkt. # 139 Minute Entry)

**A.      Settlement Conference**

The parties are open to a settlement conference and believe a settlement conference could prove to be fruitful.

**B.      Deadlines**

The parties do not believe expert discovery is needed on the individual claims currently at issue. Judge Gettleman previously bifurcated the *Monell* claims and stayed *Monell* discovery pending resolution of the individual claims, and accordingly, Defendants believe any *Monell* discovery would be premature. Plaintiff's counsel is in the process of reviewing deposition testimony, and reserves the right to file a Motion for Reconsideration on *Monell* discovery in light of certain deposition testimony.

**C.      Dispositive Motions**

The parties do not plan to file dispositive motions on the individual claims.

63921548;1

Respectfully submitted,

| | |
|---|---|
| **/s/ G. David Mathues** | **/s/ Jeffrey J. Mayer** |
| Michael D. Bersani, Atty. Bar No. 06200897 | Jeffrey J. Mayer, Atty Bar No. 06194013 |
| G. David. Mathues, Atty. Bar No. 06293314 | AKERMAN LLP |
| HERVAS, CONDON & BERSANI, P.C. | 71 S. Wacker Drive, 47th Fl. |
| 333 Pierce Road, Suite 195 | Chicago, IL 60606 |
| Itasca, IL 60143-3156 | 312-634-5733 |
| Phone: 630-773-4774; Fax: 630-773-4851 | Jeffrey.mayer@akerman.com |
| mbersani@hcbattorneys.com | |
| dmathues@hcbattorneys.com | **/s/ Ryan C. Krone** |
| | Ryan C. Krone, Atty Bar No. 24085750 |
| *Attorneys for Defendants* | AKERMAN LLP |
| | 1300 Post Oak Boulevard, Suite 2300 |
| | Houston, TX 77056 |
| | 713-960-7394 |
| | ryan.krone@akerman.com |
| | |
| | *Attorneys for Plaintiff* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAQUILLE PRINCE, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-7265 |
| ) | |
| vs. ) | Judge Robert Gettleman |
| ) | |
| SGT. MICHIENZI #357, et al., ) | Magistrate Judge Susan Cox |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on **June 9, 2022**, I electronically filed the foregoing **Parties' Joint Status Report,** with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which will send notice to the CM/ECF participants.

**TO:** G. David Mathues
Hervas, Condon & Bersani, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143
dmathues@hcbattorneys.com

Michael D. Bersani
Hervas, Condon & Bersani, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143
mbersani@hcbattorneys.com

*Attorneys for Defendants*

/s/ Jeffrey J. Mayer
Jeffrey J. Mayer, Atty Bar No. 06194013
AKERMAN LLP
71 S. Wacker Drive, 47th Fl.
Chicago, IL 60606
312-634-5733
jeffrey.mayer@akerman.com
Ryan C. Krone, Atty Bar No. 24085750
AKERMAN LLP
1300 Post Oak Boulevard, Suite 2300
Houston, TX 77056
713-960-7394
ryan.krone@akerman.com
*Attorneys for Plaintiff*

3

63921548;1