**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHAQUILLE PRINCE, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-7265 |
| ) | |
| vs. ) | Judge Robert Gettleman |
| ) | |
| SGT. MICHIENZI #357, et al., ) | Magistrate Judge Susan Cox |
| ) | |
| Defendants. ) | |

**PARTIES' JOINT STATUS REPORT**

The parties submit this status report pursuant to this Court's Minute Entry of September 15, 2022. (Dkt. # 145 Minute Entry). A settlement conference was held on September 14, 2022 before the Honorable Susan E. Cox. The parties did not settle the case. Although the Court previously bifurcated the *Monell* claim (Dkt. # 118), Plaintiff would like to discuss *Monell* discovery at the upcoming status conference with Judge Gettleman on September 22, 2022. Otherwise, all parties are ready and able to move forward with trial.

Respectfully submitted,

**/s/ G. David Mathues**
Michael D. Bersani, Atty. Bar No. 06200897
G. David. Mathues, Atty. Bar No. 06293314
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774; Fax: 630-773-4851
mbersani@hcbattorneys.com
dmathues@hcbattorneys.com

*Attorneys for Defendants*

**/s/ Jeffery J. Mayer**
Jeffery J. Mayer, Atty Bar No. 06194013
AKERMAN LLP
71 S. Wacker Drive, 47th Fl.
Chicago, IL 60606
312-634-5733
jeffery.mayer@akerman.com

**/s/ Ryan C. Krone**
Ryan C. Krone, Atty Bar No. 24085750
AKERMAN LLP
1300 Post Oak Boulevard, Suite 2300
Houston, TX 77056
713-960-7394
ryan.krone@akerman.com

*Attorneys for Plaintiff*

66484204;1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHAQUILLE PRINCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 19-cv-7265 |
| vs. ) | |
| ) | Judge Robert Gettleman |
| SGT. MICHIENZI #357, et al., ) | |
| ) | Magistrate Judge Susan Cox |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on **September 21, 2022**, I electronically filed the foregoing *Parties' Joint Status Report*, with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which will send notice to the CM/ECF participants.

**TO:** Jeffery J. Mayer
AKERMAN LLP
71 S. Wacker Drive, 47th Fl.
Chicago, IL 60606
Jeffery.mayer@akerman.com

Ryan C. Krone
AKERMAN LLP
1300 Post Oak Blvd.
Suite 2500
Houston, TX 77056
ryan.krone@akerman.com

*Attorneys for Plaintiff*

/s/ G. David Mathues
Michael D. Bersani, Atty. Bar No. 06200897
G. David. Mathues, Atty. Bar No. 06293314
Attorneys for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, Illinois 60143-3156
mbersani@hcbattorneys.com
dmathues@hcbattorneys.com

2