UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAQUILLE PRINCE, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-7265 |
| ) | |
| vs. ) | Judge Robert Gettleman |
| ) | |
| SGT. MICHIENZI #357, et al., ) | Magistrate Judge Susan Cox |
| ) | |
| Defendants. ) | |

**PARTIES' JOINT STATUS REPORT**

The parties submit this status report pursuant to this Court's Minute Entry of September 22, 2022. (Dkt. # 147 Minute Entry). The parties appeared before Judge Gettleman on September 22, 2022. Plaintiff made an oral motion to reconsider the Court's prior order bifurcating the *Monell* claim. (See Dkt. # 118) Judge Gettleman set a briefing schedule on that motion and a telephonic hearing for January 23, 2023, at which he anticipates ruling.

Respectfully submitted,

**/s/ G. David Mathues**
Michael D. Bersani, Atty. Bar No. 06200897
G. David. Mathues, Atty. Bar No. 06293314
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774
mbersani@hcbattorneys.com
dmathues@hcbattorneys.com

*Attorneys for Defendants*

**/s/ Jeffery J. Mayer**
Jeffery J. Mayer, Atty Bar No. 06194013
AKERMAN LLP
71 S. Wacker Drive, 47th Fl.
Chicago, IL 60606
312-634-5733
jeffery.mayer@akerman.com

**/s/ Ryan C. Krone**
Ryan C. Krone, Atty Bar No. 24085750
AKERMAN LLP
1300 Post Oak Boulevard, Suite 2300
Houston, TX 77056
713-960-7394
ryan.krone@akerman.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAQUILLE PRINCE, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-7265 |
| ) | |
| vs. ) | Judge Robert Gettleman |
| ) | |
| SGT. MICHIENZI #357, et al., ) | Magistrate Judge Susan Cox |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on **September 27, 2022**, I electronically filed the foregoing ***Parties' Joint Status Report,*** with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which will send notice to the CM/ECF participants.

**TO:** Jeffery J. Mayer
AKERMAN LLP
71 S. Wacker Drive, 47th Fl.
Chicago, IL 60606
Jeffery.mayer@akerman.com

Ryan C. Krone
AKERMAN LLP
1300 Post Oak Blvd.
Suite 2500
Houston, TX 77056
ryan.krone@akerman.com

*Attorneys for Plaintiff*

    **/s/ G. David Mathues**
Michael D. Bersani, Atty. Bar No. 06200897
G. David. Mathues, Atty. Bar No. 06293314
Attorneys for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, Illinois 60143-3156
mbersani@hcbattorneys.com
dmathues@hcbattorneys.com