# EXHIBIT B

(VIDEO RECORDING)