Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAQUILLE PRINCE, | ) |
| Plaintiff; | ) |
| | ) |
| | ) |
| | ) |
| -v- | ) No. 19-CV-7265 |
| | ) |
| | ) |
| | ) |
| | ) |
| SGT. MICHIENZI, #357, et al., | ) |
| Defendants. | ) |

The Video-Recorded Deposition of MATTHEW BEJGROWICZ, having been called by the Plaintiff for examination, taken pursuant to all applicable Federal Rules of Civil Procedure, conducted via Zoom videoconference, and commencing at the hour of 9:33 a.m. on the 10th day of May, 2022.

Reported By Beth Radtke, RPR, CRR
License No. 084-004561
Legal Videographer: Peter Graves

**EXHIBIT B**

Page 26

1     MR. MATHUES: I do have a few questions.
2
3         EXAMINATION
4  BY MR. MATHUES:
5     Q. Sergeant, for clarity, what were the
6  approximate years that you were assigned to a task
7  force?
8     A. 2007 through 2010.
9     Q. And who was the -- under whose auspices was
10 the task for operating?
11    A. The Illinois State Police.
12    Q. Was it largely focused on narcotics?
13    A. Yes, it was.
14    Q. In what year were you promoted to sergeant?
15    A. It was in 2010.
16    Q. Were you ever Sergeant Michienzi's direct
17 supervisor?
18    A. Yes, I would have been.
19    Q. When would you have been Sergeant
20 Michienzi's direct supervisor?
21    A. From my initial promotion to sergeant date
22 until he was promoted. He operated as a traffic
23 officer on night shift, which would have fallen under
24 my supervisory scope when he was on duty.

Page 27

1     Q. And in approximately what year was Sergeant
2  Michienzi promoted such that he was no longer under
3  your supervisory scope?
4     A. I -- approximately 2011, maybe 2012.
5     Q. And for purposes of clarity, the prior --
6  Ms. Hussey asked you a number of questions about a
7  prior incident involving Mr. Prince.
8         The incident that you're referring to, did
9  that involve a time where Mr. Prince was found in a
10 house and it was at least alleged that Mr. Prince
11 would not give his name?
12    A. Yes.
13    Q. Any reason to dispute that happened in
14 January of 2018?
15    A. No.
16    Q. Do you still have in your possession the
17 phone that you had back in December of 2018?
18    A. No, I don't.
19    Q. If somebody wants to make -- a citizen wants
20 to make a complaint against you arising out of your
21 duties as a Romeoville police officer, who would they
22 need to go see?
23    A. They would need to see my commander or the
24 deputy chief of operations.

Page 28

1     Q. And how many commanders are there for the
2  village of Romeoville Police Department?
3     A. There is currently five. At the time of
4  this incident, there would have been three or four.
5     Q. Have there been other incidents besides the
6  one involving Mr. Prince where we watched a video
7  where someone, a citizen has come to you and wanted
8  to file a complaint against a sergeant and you have
9  referred that person to someone of a higher rank?
10    A. Yes, there has been.
11    Q. Has that happened more than ten times since
12 you've been promoted to being a sergeant?
13    A. Not more than ten.
14    Q. Would you say it's happened more than five
15 times, less than five times, or about five times?
16    A. Probably more than five times, and it hasn't
17 just been another sergeant. There was a time I took
18 -- a person walked in to talk about a commander, and
19 they were referred to the deputy chief.
20    Q. Would it be fair to say that in the policy
21 that Ms. Hussey showed you when the word "supervisor"
22 is mentioned, you understand that to be someone who
23 is a supervisor of the person being complained about?
24    A. Yes.

Page 29

1     Q. And in the video that we watched, was
2  Mr. Prince told when -- at what time or the earliest
3  time that a commander would be available if he wanted
4  to come in and make a complaint against yourself or
5  Sergeant Michienzi?
6     A. Yes, he was. Right at the end you can hear
7  a brief sentence from myself saying that -- come back
8  after Christmas.
9     Q. And this incident was on Friday,
10 December 21st?
11    A. Yes, it was.
12    Q. And was the -- would the next day after
13 Friday, December 21st that someone of a commander
14 level or higher rank be at the Romeoville police
15 station have been the day after Christmas?
16    A. Yes, it would have been.
17    Q. And do you have any personal knowledge
18 whether Mr. Prince returned to the Romeoville Police
19 Department the day after Christmas 2018 or any other
20 time to make a citizens complaint against either
21 yourself or Sergeant Michienzi?
22    A. I have no knowledge of that.
23        MR. MATHUES: Those are the questions I
24 have.