STATE OF ILLINOIS )
                              ) SS
COUNTY OF WILL )

### AFFIDAVIT OF KEN KROLL

I, KEN KROLL, being first duly sworn upon oath, do state that I have personal knowledge of all the following facts, and, if called, I could testify to the following:

1) I have been employed as a police officer with the Village of Romeoville for over 25 years. I have been the Chief of Police since the summer of 2020.

2) The Village of Romeoville does not have its own police dispatch center or employ police dispatchers. Since January 1, 2018, the Village of Romeoville has been part of a consolidated dispatch system with numerous other municipalities. This consolidated system operates out of the Laraway Communications Center in Joliet, Illinois.

3) The Laraway Communications Center is operated under the auspices of Will County. It thus is a separate municipal entity from the Village of Romeoville, and persons who work there are not employees of the Village of Romeoville.

_____
KEN KROLL

SUBSCRIBED AND SWORN to before me this 12 day of December 2022.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
CHRISTOPHER W BURNE
Notary Public, State of Illinois
My Commission Expires April 21, 2023

**EXHIBIT D**