UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAQUILLE PRINCE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SGT. MICHIENZI #357, et al., )<br>)<br>Defendants. ) | Case No. 19-cv-7265<br><br>Judge Robert Gettleman<br><br>Magistrate Judge Susan Cox |

### PARTIES' JOINT STATUS REPORT

The parties submit this status report pursuant to this Court's Minute Entry of September 29, 2022. (Dkt. # 150 Minute Entry).

A telephonic hearing was held before the Honorable Robert W. Gettleman on January 25, 2023. At this hearing, Judge Gettleman granted Plaintiff's Motion to Vacate Ruling Bifurcating *Monell* Discovery, and ordered that the parties proceed with *Monell* discovery with Defendant Village of Romeoville limited to Plaintiff's First Amendment Retaliation claim. Judge Gettleman ordered the parties to file a joint status report by March 28, 2023.

Plaintiff also plans to file a Motion to Reopen Discovery as soon as possible in light of Defendants' supplemental production from December 19, 2022. Plaintiff conferred with Defendants by email on January 27, 2023, and the individual Defendants have indicated they are opposed to this motion. The supplemental production has been marked as confidential, so the parties are not providing any information about the production in this report.

68527943;1

Respectfully submitted,

| | |
|---|---|
| **/s/ G. David Mathues** | **/s/ Jeffrey J. Mayer** |
| Michael D. Bersani, Atty. Bar No. 06200897 | Jeffrey J. Mayer, Atty Bar No. 06194013 |
| G. David. Mathues, Atty. Bar No. 6293314 | AKERMAN, LLP |
| HERVAS, CONDON & BERSANI, P.C. | 71 S. Wacker Drive, 47th Fl. |
| 333 Pierce Road, Suite 195 | Chicago, IL 60606 |
| Itasca, IL 60143-3156 | 312-634-5733 |
| Phone: 630-773-4774; Fax: 630-773-4851 | jeffrey.mayer@akerman.com |
| mbersani@hcbattorneys.com | |
| dmathues@hcbattorneys.com | **/s/ Ryan C. Krone** |
| | Ryan C. Krone, Atty Bar No. 24085750 |
| *Attorneys for Defendants Michienzi & Dorsey* | AKERMAN, LLP |
| | 1300 Post Oak Boulevard, Suite 2300 |
| | Houston, TX 77056 |
| **/s/ Sean M. Sullivan** | 713-960-7394 |
| Sean M. Sullivan | ryan.krone@akerman.com |
| DEL GALDO LAW GROUP, LLC | |
| 1441 South Harlem Avenue | *Attorneys for Plaintiff* |
| Berwyn, IL 60402 | |
| sullivan@dlglawgroup.com | |

*Attorney for Defendant Village of Romeoville*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHAQUILLE PRINCE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-7265 |
| | ) | |
| vs. | ) | Judge Robert Gettleman |
| | ) | |
| SGT. MICHIENZI #357, et al., | ) | Magistrate Judge Susan Cox |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on **February 3, 2023**, I electronically filed the foregoing ***Parties' Joint Status Report,*** with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which will send notice to the CM/ECF participants.

**TO:** Jeffrey J. Mayer
AKERMAN, LLP
71 S. Wacker Drive, 47th Fl.
Chicago, IL 60606
jeffrey.mayer@akerman.com

Ryan C. Krone
AKERMAN, LLP
1300 Post Oak Blvd.
Suite 2500
Houston, TX 77056
ryan.krone@akerman.com

Sean M. Sullivan
DEL GALDO LAW GROUP, LLC
1441 South Harlem Avenue
Berwyn, IL 60402
sullivan@dlglawgroup.com

s/ G. David Mathues
Michael D. Bersani, Atty. Bar No. 06200897
G. David. Mathues, Atty. Bar No. 06293314
*Attorneys for Defendants Michienzi & Dorsey*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, Illinois 60143-3156
mbersani@hcbattorneys.com
dmathues@hcbattorneys.com

68527943;1