**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHAQUILLE PRINCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 19-cv-7265 |
| vs. ) | |
| ) | Judge Robert Gettleman |
| SGT. MICHIENZI #357, et al., ) | |
| ) | Magistrate Judge Susan E. Cox |
| Defendants. ) | |

## PARTIES' JOINT STATUS REPORT

The parties submit this status report pursuant to this Court's Minute Entry of January 25, 2023. (Dkt. # 167 Minute Entry.)

A hearing was held before the Honorable Susan E. Cox on March 9, 2023. At this hearing, Judge Cox granted Plaintiff's Motion to Re-Open Discovery, and granted Defendant Village of Romeoville's request to extend to respond to Plaintiff's Third Request for Production. Judge Cox ordered the parties to file a joint status report on April 10, 2023 on the possibility of a second settlement conference. (Dkt. # 176 Minute Entry).

Judge Cox set a fact discovery deadline of April 10, 2023 for both *Monell* discovery and the addition discovery requested in Plaintiff's Motion to Re-Open. (Dkt. # 176). Plaintiff filed an unopposed Motion for a sixty day extension of time to complete discovery, based on the extended timeline for the Village to provide responsive documents. The Court granted the motion and extended the fact discovery deadline to June 12, 2023, and moved the status report date to May 10, 2023. (Dkt. #178 Minute Entry).

Although there were a few additional delays due to personal matters experienced by Defendant's counsel, all written discovery has been served at this time. The reopened deposition

70429639;1

of Defendant Michienzi permitted by Judge Cox's March 9, 2023 ruling is scheduled for May 17, 2023. The 30(b)(6) deposition of Defendant Village is being scheduled and will occur prior to the close of discovery on June 12, 2023. Plaintiff has also requested to take a third deposition of a witness pertaining to the Village's December 19, 2022 Supplemental Production, which was the basis for Plaintiff's successful Motion to Re-Open Discovery. Counsel for the Individual Defendants and Counsel for the Village oppose that request as untimely and cumulative in light of Judge Cox's reasoning at the March 9, 2023 hearing. The parties respectfully decline to set a continued settlement conference at this time.

Respectfully submitted,

| | |
|---|---|
| **/s/** *G. David Mathues* | **/s/** *Megan P. Hussey* |
| Michael D. Bersani, Atty. Bar No. 06200897 | Jeffrey J. Mayer, Atty Bar No. 06194013 |
| G. David. Mathues, Atty. Bar No. 06293314 | Megan P. Hussey, Atty Bar No. 06339132 |
| HERVAS, CONDON & BERSANI, P.C. | AKERMAN LLP |
| 333 Pierce Road, Suite 195 | 71 S. Wacker Drive, 47th Fl. |
| Itasca, IL 60143-3156 | Chicago, IL 60606 |
| Phone: 630-773-4774; Fax: 630-773-4851 | 312-634-5733 |
| mbersani@hcbattorneys.com | jeffrey.mayer@akerman.com |
| dmathues@hcbattorneys.com | megan.hussey@akerman.com |
| | |
| *Attorneys for Individual Defendants* | Ryan C. Krone, Atty Bar No. 24085750 |
| | AKERMAN LLP |
| | 1300 Post Oak Boulevard, Suite 2300 |
| **/s/** *Sean M. Sullivan* | Houston, TX 77056 |
| Sean M. Sullivan | 713-960-7394 |
| Del Galdo Law Group, LLC | ryan.krone@akerman.com |
| 1441 South Harlem Ave. | |
| Berwyn, Illinois 60402 | *Attorneys for Plaintiff* |
| Phone: 708-222-7000; Fax: 708-222-7001 | |
| sullivan@dlglawgroup.com | |

*Attorney for Village of Romeoville*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHAQUILLE PRINCE, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-7265 |
| ) | |
| vs. ) | Judge Robert Gettleman |
| ) | |
| SGT. MICHIENZI #357, et al., ) | Magistrate Judge Susan Cox |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2023, I electronically filed the foregoing **Parties' Joint Status Report,** with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which will send notice to the CM/ECF participants.

**TO:** G. David Mathues
Michael D. Bersani
*Attorneys for Individual Defendants*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, Illinois 60143-3156
Phone: 630-773-4774; Fax: 630-773-4851
dmathues@hcbattorneys.com
mbersani@hcbattorneys.com

Sean M. Sullivan
*Attorney for Village of Romeoville*
Del Galdo Law Group, LLC
1441 South Harlem Ave.
Berwyn, Illinois 60402
Phone: 708-222-7000; Fax: 708-222-7001
sullivan@dlglawgroup.com

By: */s/ Megan P. Hussey*
Jeffrey J. Mayer
Bar No. 06194013
Megan P. Hussey
jeffrey.mayer@akerman.com
megan.hussey@akerman.com
AKERMAN LLP
71 S. Wacker Drive, 47th Fl.

70429639;1

4

        Chicago, IL 60606

        Ryan C. Krone
        Bar No. 24085750
        ryan.krone@akerman.com
        AKERMAN LLP
        1300 Post Oak Boulevard, Suite 2300
        Houston, TX 77056
        *Admitted Pro Hac Vice*

        **ATTORNEYS FOR PLAINTIFF**

70429639;1