**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHAQUILLE PRINCE, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-7265 |
| ) | |
| vs. ) | Judge Robert Gettleman |
| ) | |
| SGT. MICHIENZI #357, et al., ) | Magistrate Judge Susan Cox |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 37.2**

Pursuant to Judge Cox's orders, this statement certifies that we have complied with Local Rule 37.2, requiring parties to meet and confer before filing a discovery motion. Pursuant to Local Rule 37.2, prior to filing this motion, Plaintiff's counsel attempted in good faith to resolve the discovery disputes discussed in the attached motion with Defendants' counsel but was unable to do so. Specifically, Plaintiff's counsel communicated with Defendants' counsel via email on May 10, 2023 requesting a deposition of an unidentified officer of the Defendant Village. Counsel for both individual Defendants and the Village stated that they objected to an additional deposition. In an effort to comply with Judge Cox's request that the parties meet face-to-face, after the second deposition of Defendant Michienzi, Plaintiff's counsel met with Defendants' counsel over zoom on June 5, 2023 and tried in good faith to resolve the discovery disputes. The parties were not able to meet in person, as one of Plaintiff's counsel is located out-of-state. The parties were unable to reach an accord. Accordingly, this motion is necessary to resolve the discovery issues outlined in Plaintiff's Motion to Compel.

Respectfully Submitted:

By: /s/ *Ryan Krone*
**Jeffrey J. Mayer**
Bar No. 06194013
**Megan P. Hussey**
Bar No. 6339132
jeffrey.mayer@akerman.com
megan.hussey@akerman.com
AKERMAN LLP
71 S. Wacker Drive, 47th Fl.
Chicago, IL 60606

**Ryan C. Krone**
Bar No. 24085750
ryan.krone@akerman.com
AKERMAN LLP
1300 Post Oak Boulevard, Suite 2300
Houston, TX 77056
(713) 960-7394 – Telephone
(713) 960-1527 – Fax
*Admitted Pro Hac Vice*

**ATTORNEYS FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHAQUILLE PRINCE, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-7265 |
| ) | |
| vs. ) | Judge Robert Gettleman |
| ) | |
| SGT. MICHIENZI #357, et al., ) | Magistrate Judge Susan Cox |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, I electronically filed the foregoing **Certificate of Compliance with Local Rule 37.2,** with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which will send notice to the CM/ECF participants.

**TO:** G. David Mathues
Michael D. Bersani
*Attorneys for Individual Defendants*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, Illinois 60143-3156
Phone: 630-773-4774; Fax: 630-773-4851
dmathues@hcbattorneys.com
mbersani@hcbattorneys.com

Sean M. Sullivan
*Attorney for Village of Romeoville*
Del Galdo Law Group, LLC
1441 South Harlem Ave.
Berwyn, Illinois 60402
Phone: 708-222-7000; Fax: 708-222-7001
sullivan@dlglawgroup.com

By: */s/ Megan P. Hussey*
Jeffrey J. Mayer
Bar No. 06194013
Megan P. Hussey
Bar No. 6339132
jeffrey.mayer@akerman.com
megan.hussey@akerman.com
AKERMAN LLP
71 S. Wacker Drive, 47th Fl.

        Chicago, IL 60606

        Ryan C. Krone
        Bar No. 24085750
        ryan.krone@akerman.com
        AKERMAN LLP
        1300 Post Oak Boulevard, Suite 2300
        Houston, TX 77056
        *Admitted Pro Hac Vice*

        **ATTORNEYS FOR PLAINTIFF**