**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHAQUILLE PRINCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 19-cv-7265 |
| | ) | |
| SGT. MICHIENZI #357, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR RELIEF FROM ASSIGNMENT**
**AND FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Rules 83.17 and 83.38, Attorneys Jeffrey J. Mayer, Megan P. Hussey and Ryan C. Krone (collectively "Movants") respectfully submit this Motion for Relief from Assignment and for Leave to Withdraw as Counsel for Plaintiff Shaquille Prince ("Plaintiff"), stating as follows:

1.      On or about April 8, 2021, this Court appointed Jeffrey Mayer to represent Plaintiff *pro bono* in the instant matter. Mr. Mayer accepted the Court's appointment in accordance with his duty to accept assignments as a member of the trial bar for the Northern District of Illinois.

2.      On May 13, 2021, Mr. Mayer filed his appearance in this case on behalf of the Plaintiff, as did Mr. Krone and Ms. Hussey on June 21, 2021 and March 7, 2023 [Dkt. Nos. 96, 102 and 174]. Mr. Mayer, Mr. Krone and Ms. Hussey are counsel with the firm Akerman LLP.

3.      Movants take this court appointment, like all of their matters, very seriously. Movants have vigorously represented Plaintiff's interest in this case over the last two years including positioning the case for trial on claims and obtaining discovery in support of those claims, but irreconcilable differences have arisen between Plaintiff and Movants.

4.      Movants seek leave to withdraw their appearances pursuant to L.R. 83.38(4) which states counsel may move for relief from an order of assignment due to "[s]ome personal incompatibility or a substantial disagreement on litigation strategy [which] exists between counsel and the party." L.R. 83.38(4).

5.      Movants have attempted in good faith to resolve the differences with Plaintiff on numerous occasions to no avail.  Despite repeated explanations, during the course of this litigation, Plaintiff has continued to insist on pursuing matters that are ill-advised.  Further, Movants have been unable to complete the pre-trial order due to substantial disagreement on litigation strategy and breakdown in communications with Plaintiff.

6.      Despite extensive efforts, the disagreements have continued to increase over time leading to a breakdown of the relationship creating not only an inability to agree on strategy but also an adversarial relationship.  As such the undersigned is unable to complete the tasks necessary to proceed to trial.

7.      Pursuant to Local Rule 83.38(4), good cause exists for Movants to be relieved of assignment as counsel of record.

8.      The requisite Notification of Party Contact Information form is attached hereto as Exhibit "A".

9.      Discovery in this matter is complete, but the case is not yet set for trial.

WHEREFORE, Movants respectfully request that this Court grant the following relief:

a.      Grant Jeffrey Mayer relief from his appointment as counsel for Plaintiff.

b.      Grant Ryan Krone and Megan Hussey leave to withdraw their appearances on behalf of Plaintiff; and

74668581;1

c. For any other and further relief that this Court deems appropriate and just including an extension of discovery to allow Plaintiff time to find appropriate counsel to take the remaining deposition and proceed to trial with this case.

Respectfully submitted,

**AKERMAN LLP**

By: */s/ Ryan C. Krone*    
**Jeffrey J. Mayer**
Bar No. 06194013
**Megan P. Hussey**
Bar No. 6339132
jeffrey.mayer@akerman.com
megan.hussey@akerman.com
AKERMAN LLP
71 S. Wacker Drive, 47th Fl.
Chicago, IL 60606

**Ryan C. Krone**
Bar No. 24085750
ryan.krone@akerman.com
AKERMAN LLP
1300 Post Oak Boulevard, Suite 2300
Houston, TX 77056
(713) 960-7394 – Telephone
(713) 960-1527 – Fax
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2024, I electronically filed the foregoing **MOTION FOR RELIEF FROM ASSIGNMENT AND FOR LEAVE TO WITHDRAW AS COUNSEL,** to be electronically filed with the Clerk of court using CM/ECF, which will send electronic notification to all registered attorneys of record.

*/s/  Ryan C. Krone*