# HERVAS, CONDON & BERSANI, P.C.
ATTORNEYS AND COUNSELORS AT LAW



CHARLES E. HERVAS
MICHAEL D. BERSANI*
JASON W. ROSE
YORDANA J. WYSOCKI
G. DAVID MATHUES

ANDREA M. NIKOLAI
KALEAH M. AULT**
JAIME NOLASO

*Admitted in Illinois and Florida
**Admitted in Illinois and Indiana

333 PIERCE RD., #195
ITASCA, IL 60143-3156

(630) 773-4774
FAX (630) 773-4851

Of Counsel
Michael W. Condon

Writer's E-Mail Address:
dmathues@hcbattorneys.com

February 14, 2024

**VIA CERTIFIED MAIL**

Mr. Shaquille Prince
50 Center Ave.
Wheeling, IL 60090

          RE: ***Prince v. Michienzi, et al.***
             Case No.: 19 CV 2967.4
             Our File No.: 2753.4

Dear Mr. Prince,

The above-captioned case has been reassigned to Judge Valderrama after Judge Gettleman allowed your second set of recruited counsel to withdraw. Judge Valderrama has instructed the parties to submit a joint status report by February 28, 2024. I have enclosed a copy of his order.

You are aware of this issue because I raised it at the hearing before Judge Kness in your other case, *Prince v. Garcia et al.*, 22-cv-5703, in which you are represented by Mr. Grimm, on February 9, 2024. You attended and spoke at that hearing. You are likewise aware, from the same hearing, that I have no desire to trespass on your attorney-client relationship with Mr. Grimm in the *Garcia* case; but on the other hand, I must communicate with you in order to submit the joint status report, as required by Judge Valderrama in the *Michienzi* case.

I am sending you this letter via certified mail because I have no other contact information for you. There is no other address on record for your cases. I have asked your former recruited counsel from Akerman LLP for your contact information but have not yet received a response, and Mr. Grimm has stated that he is unable to provide that information.

Given the unusual dynamics of this situation, I think it is wise if we keep all of our communications to writing, or statements in open court. This significantly reduces the chances

**EXHIBIT A**

**HERVAS, CONDON & BERSANI, P.C.**

Mr. Shaquille Prince
February 14, 2024
Page 2

of future misunderstandings or disagreements about who said what, and thus whether any communications were improper or intruded on the attorney-client privilege. In the alternative, you may wish to communicate exclusively on this *Michienzi* case with counsel for the Village of Romeoville, Mr. Sullivan. His email is sullivan@dlglawgroup.com, and his other contact information can be found on the pleadings in the *Michienzi* case (as can mine).

My email address is dmathues@hcbattorneys.com. Please promptly email me upon receipt of this letter so that we can begin working on the status report which Judge Valderrama has ordered. To reiterate, he has ordered a joint status report, which requires that the opposing sides communicate. In the alternative, you can contact Mr. Sullivan on this issue. The report is due in less than two weeks.

Finally, please be advised that since there has been no response to the Defendants' substantial settlement offer, which was made on November 17, 2023, when you were still represented by counsel from Akerman LLP, the Defendants are revoking that offer.

I look forward to hearing from you directly or hearing that you are in communication with Mr. Sullivan, so that the parties can comply with Judge Valderrama's order.

Very truly yours,

HERVAS, CONDON & BERSANI, P.C.

*G. David Mathues* (signature)

G. David Mathues

GDM/jmb

Enclosure

cc:   Sean Sullivan (w/out attachments, via email)