UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAQUILLE PRINCE, | ) |
| Plaintiff, | ) Case No. 19-cv-7265 |
| vs. | ) Hon. Sunil R. Harjani |
| SGT. MICHIENZI #357, et al., | ) Magistrate K. Holleb-Hotaling |
| Defendants. | ) |

**DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE
RESPONSE TO PLAINTIFF'S MOTION TO RECONSIDER INSTANTER**

NOW COME the Defendants, the VILLAGE OF ROMEOVILLE, by and through its undersigned counsel SEAN M. SULLIVAN of DEL GALDO LAW GROUP LLP, and MICHAEL MICHIENZI, and THOMAS DORSEY, by and through their respective attorneys, MICHAEL D. BERSANI and G. DAVID MATHUES of HERVAS, CONDON & BERSANI, P.C., and pursuant to Fed. R. Civ. P. 6(b) and this Court's inherent authority to control its docket, move for permission to file a response to Plaintiff's Motion to Reconsider *Instanter*.

1. This Court previously denied a series of motions filed by Plaintiff Shaquille Prince to compel further discovery as "frivolous." (Dkt. # 296, Minute Entry, 08/25/25.)

2. Prince filed a motion to reconsider that ruling on September 9, 2025. (Dkt. # 312, Mtn. to Reconsider, 09/09/25.)

3. The Court directed that the Defendants respond by September 23, 2025. (Dkt. # 314, Minute Entry, 09/09/25.)

4. Counsel for Defendants incorrectly put that deadline down in his calendar as September 26, 2025, and thus did not file a response by that deadline.

1

5. When, on September 24, 2025, the Court referred the motion to the Magistrate Judge, counsel looked back at the docket and realized his error.

6. Counsel thereafter prepared a response brief on an expedited basis. The Defendants now seek leave to file their response brief *instanter*. A copy of the brief Defendants would file if permitted is attached as Exhibit 1.

7. Defendants apologize to the Court. This was an innocent mistake of putting the wrong day into a calendar. The mistake is being corrected within a day of being realized, the proposed response brief is being submitted within two days of the original due date. Counsel submits that this innocent error, which causes no prejudice and no undue delay, is "excusable neglect" under Fed. R. Civ. P. 6(b).

8. Given that rule, and the Court's inherent discretion regarding non-jurisdictional deadlines, and the fact that Plaintiff was allowed to reinstate this entire case after missing in-person hearings three times, fairness weighs in favor of allowing this slightly late filing. Counsel will certainly be more careful in the future.

For all of the reasons above, the Defendants respectfully ask that this Court grant their motion for leave to file the response to Prince's motion to reconsider instanter.

Respectfully submitted,

| | |
|---|---|
| **s/ G. David Mathues** | **/s/ Sean M. Sullivan** |
| Michael D. Bersani, # 06200897 | Sean M. Sullivan |
| G. David. Mathues, # 06293314 | *Attorney for Village of Romeoville* |
| *Attorneys for Defendants Michienzi & Dorsey* | DEL GALDO LAW GROUP LLC |
| HERVAS, CONDON & BERSANI, P.C. | 1441 South Harlem Avenue |
| 333 Pierce Road, Suite 195 | Berwyn, IL 60402 |
| Itasca, Illinois 60143-3156 | sullivan@dlglawgroup.com |
| mbersani@hcbattorneys.com | P: 708/222-7000; F: 708/222-7001 |
| dmathues@hcbattorneys.com | |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SHAQUILLE PRINCE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-7265 |
| | ) | |
| vs. | ) | Hon. Sunil R. Harjani |
| SGT. MICHIENZI #357, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

    I hereby certify that on September 25, 2025, I electronically filed the foregoing ***Defendants' Motion for Leave to File Response Brief Instanter,*** with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which will send notice to the CM/ECF participants, and I hereby certify that I have mailed with the United States Postal Service the aforementioned document to the following individual:

**TO:** Shaquille Prince  
50 Center Avenue  
Wheeling, IL 60090  
Morevacationtime@protonmail.com

Sean M. Sullivan  
DEL GALDO LAW GROUP, LLC  
1441 South Harlem Avenue  
Berwyn, IL 60402  
sullivan@dlglawgroup.com

 

s/ G. David Mathues  
Michael D. Bersani, # 06200897  
G. David. Mathues, # 06293314  
*Attorneys for Defendants Michienzi & Dorsey*  
HERVAS, CONDON & BERSANI, P.C.  
333 Pierce Road, Suite 195  
Itasca, Illinois 60143-3156  
mbersani@hcbattorneys.com  
dmathues@hcbattorneys.com